UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEPHEN BAIN,                                           **RULE 7.1 STATEMENT**

                        Plaintiff,

                        -against-                        Index No.: 07 CIV 8021

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

                        Defendants.

-------------------------------------------------------X

COUNSELORS:

        Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and

to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for Metropolitan Transportation Authority

and Long Island Rail Road Company certifies that the following are corporate parents,

affiliates and/or subsidiaries of said parties, which are publically held. None.

Dated: Riverhead, New York
　　　　November 6, 2007

　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　LEWIS JOHS AVALLONE AVILES, LLP
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　METROPOLITAN    TRANSPORTATION
　　　　　　　　　　　　　　　AUTHORITY,    METROPOLITAN
　　　　　　　　　　　　　　　TRANSPORTATION    AUTHORITY    POLICE
　　　　　　　　　　　　　　　DEPARTMENT, LONG ISLAND RAILROAD d/b/a
　　　　　　　　　　　　　　　MTA LONG ISLAND RAILROAD, LONG ISLAND
　　　　　　　　　　　　　　　RAILROAD POLICE DEPARTMENT, PO ROBERT
　　　　　　　　　　　　　　　ARONSON - shield 02300, PO DANIEL MCDADE -
　　　　　　　　　　　　　　　shield 2020, and "JOHN DOES" (names not known
　　　　　　　　　　　　　　　and fictitious) - Police Officers
　　　　　　　　　　　　　　　21 East Second Street
　　　　　　　　　　　　　　　Riverhead, New York 11901
　　　　　　　　　　　　　　　631.369.7600

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STEPHEN BAIN,

                  Plaintiff,                          **ANSWER**

        -against-                       Index No.: 07 CIV 8021

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

                  Defendants.

-------------------------------------------------------X

        Defendants, METROPOLITAN TRANSPORTATION AUTHORITY,

METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG

ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND

RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO

DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) -

Police Officers by  attorneys, LEWIS JOHS AVALLONE AVILES, LLP., answering the

complaint of the plaintiff, upon information and belief, respectfully show to this Court and

allege:

1. Defendants deny having any knowledge or information thereof sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "1", "2", "3", "4", "5", "6", "8", "11", 12, "13", "14", "15", "16", "17", "18", "19", "20(a)", "20(b)", "20(c)", "20(d)", "21", "22(a), "22(b)", "22(c)", "22(d)", "23", "24", "25" and "26" of the plaintiff's Complaint.

2. Defendants admit each and every allegation contained in paragraphs numbered "7", "9" and "10" of the plaintiff's Complaint.

3. Defendants deny, upon information and belief, each and every allegation contained in paragraphs numbered "27", "28", "29", "30" and "31" of the plaintiff's Complaint.

### ANSWERING THE FIRST CAUSE OF ACTION

4. Answering paragraph numbered "33" of the plaintiff's Complaint herein, defendants, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a M TA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers , repeat, reiterate and reallege each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "31" inclusive, with the same force and effect as though more fully set forth at length herein.

5. Defendants deny, upon information and belief, each and every allegation contained in paragraphs numbered "33", "34", "35", "36" and "37" of the plaintiff's Complaint.

## ANSWERING THE SECOND CAUSE OF ACTION

6. Answering paragraph numbered "38" of the plaintiff's Complaint herein, defendants, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers, repeat, reiterate and reallege each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "37" inclusive, with the same force and effect as though more fully set forth at length herein.

7. Defendants deny, upon information and belief, each and every allegation contained in paragraphs numbered "39", "40", "41" and "42" of the plaintiff's Complaint.

## ANSWERING THE SECOND CAUSE OF ACTION

8. Answering paragraph numbered "43" of the plaintiff's Complaint herein, defendants, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAN D RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers, repeat,

reiterate and reallege each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "42" inclusive, with the same force and effect as though more fully set forth at length herein.

9. Defendants deny, upon information and belief, each and every allegation contained in paragraphs numbered "44", "45", "46", "47", "48" and "49" of the plaintiff's Complaint.

### ANSWERING THE THIRD CAUSE OF ACTION

10. Answering paragraph numbered "50" of the plaintiff's Complaint herein, defendants, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers , repeat, reiterate and reallege each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "49" inclusive, with the same force and effect as though more fully set forth at length herein.

11. Defendants deny having any knowledge or information thereof sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "51", "52", "53", "54" and "55" of the plaintiff's Complaint.

## ANSWERING THE FIFTH CAUSE OF ACTION

12.   Answering paragraph numbered "56" of the plaintiff's Complaint herein, defendants, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAIL ROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers , repeat, reiterate and reallege each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "55" inclusive, with the same force and effect as though more fully set forth at length herein.

13. Defendants deny, upon information and belief, each and every allegation contained in paragraphs numbered "57", "59", "64" and "65" of the plaintiff's Complaint.

14.   Defendants deny having any knowledge or information thereof sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "58", "60", "61", "62"and "63" of the plaintiff's Complaint.

## ANSWERING THE SIXTH CAUSE OF ACTION

15.   Answering paragraph numbered "66" of the plaintiff's Complaint herein, defendants, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAN D RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers , repeat,

reiterate and reallege each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "65" inclusive, with the same force and effect as though more fully set forth at length herein.

16. Defendants deny having any knowledge or information thereof sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "67", "68", "69" and "71" of the plaintiff's Complaint.

17. Defendants deny, upon information and belief, each and every allegation contained in paragraphs numbered "70" and "72" of the plaintiff's Complaint.

## ANSWERING THE SEVENTH CAUSE OF ACTION

18. Answering paragraph numbered "73" of the plaintiff's Complaint herein, defendant, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers, repeats, reiterates and realleges each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "72" inclusive, with the same force and effect as though more fully set forth at length herein.

19. Defendants deny having any knowledge or information thereof sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "74", "75", "76", "77", "78", "79", "80", "81", "82", "83" and "84" of the plaintiff's Complaint.

20. Defendants deny, upon information and belief, each and every allegation contained in paragraph numbered "85" of the plaintiff's Complaint.

## ANSWERING THE EIGHTH CAUSE OF ACTION

21. Answering paragraph numbered "86" of the plaintiff's Complaint herein, defendant, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers , repeats, reiterates and realleges each and every denial and denial of knowledge or information sufficient to form a belief heretofore made in regard to each and every paragraph of plaintiff's Complaint, designated as paragraphs "1" through "85" inclusive, with the same force and effect as though more fully set forth at length herein.

22. Defendants deny having any knowledge or information thereof sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "87", "88", "89" and "90" of the plaintiff's Complaint.

23. Defendants deny, upon information and belief, each and every allegation contained in paragraph numbered "91" of the plaintiff's Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

24. Whatever injuries and/or damages were sustained by the plaintiff at the time and place alleged in the complaint were in whole or in part the result of the plaintiff's own culpable conduct.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

25.  The plaintiff's complaint fails to state a cause of action as against this answering defendant.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

26. That  these answering defendants acting under the scope, authority and protection of the General Business Law, Article 12(b), Section 218, and that by reason thereof, the plaintiff may not maintain this action.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

27.  Upon information and belief, any past or future costs and/or expenses incurred or to be incurred by the plaintiff for medical care, dental care, custodial care or rehabilitation services, loss of earnings or other economic loss, has been or will with reasonable certainty be replaced or indemnified in whole or in part from a collateral source as defined in section 4545(c) of the CPLR.

28.  If any damages are recoverable against the answering defendants, the amount of such damages shall be diminished by the amount of the funds which plaintiff has received or shall receive from such collateral source.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

29.  Defendants had probable cause.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

30.  Defendants used reasonable force to effectuate the arrest under the circumstances.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

31.  Defendants claim privilege.

WHEREFORE, defendants demand judgment dismissing the plaintiff's complaint, together with the costs and disbursements of this action.

Dated: Riverhead, New York
        November 6, 2007

                                Yours, etc.

                                LEWIS JOHS AVALLONE AVILES, LLP
                                Attorneys for Defendants
                                METROPOLITAN        TRANSPORTATION
                                AUTHORITY,        METROPOLITAN
                                TRANSPORTATION    AUTHORITY    POLICE
                                DEPARTMENT, LONG ISLAND RAILROAD d/b/a
                                MTA LONG ISLAND RAILROAD, LONG ISLAND
                                RAILROAD POLICE DEPARTMENT, PO ROBERT
                                ARONSON - shield 02300, PO DANIEL MCDADE -
                                shield 2020, and "JOHN DOES" (names not known
                                and fictitious) - Police Officers
                                21 East Second Street
                                Riverhead, New York 11901
                                631.369.7600

                                By: _____
                                    Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
STEPHEN BAIN,

       Plaintiff,

    -against-

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

       Defendants.

-----------------------------------------------------X

**NOTICE OF EXAMINATION**
**BEFORE TRIAL**

Index No.: 07 CIV 8021

COUNSELORS :

    PLEASE TAKE NOTICE that, pursuant to sections 3101 and 3107 of the Civil

Practice Law and Rules, the defendants, METROPOLITAN TRANSPORTATION

AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE

DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD,

LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield

02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and

fictitious) - Police Officers, will cause to be taken testimony of the plaintiff, codefendants, its

agents, servants or employees of said parties having knowledge of the subject matter

concerning all of the relevant facts and circumstances in connection with the issues alleged in

plaintiff's complaint, including negligence, contributory negligence, liability and damages, and

said persons to be examined are required to produce all books, records and papers in their

custody and possession that may be relevant to the issues herein.

PLEASE TAKE FURTHER NOTICE that such examination and deposition

will be taken at Lewis Johs Avallone Aviles, LLP, 30 Vesey Street, 8th Floor, New York, New

York on the 16th day of January, 2008 at 10 o'clock in the forenoon of that day, or at such time

and place to which the parties or their attorneys may stipulate.

Dated: Riverhead, New York
      November 6, 2007

                Yours, etc.

                LEWIS JOHS AVALLONE AVILES, LLP
                Attorneys for Defendants
                METROPOLITAN    TRANSPORTATION
                AUTHORITY,    METROPOLITAN
                TRANSPORTATION    AUTHORITY    POLICE
                DEPARTMENT, LONG ISLAND RAILROAD d/b/a
                MTA LONG ISLAND RAILROAD, LONG ISLAND
                RAILROAD POLICE DEPARTMENT, PO ROBERT
                ARONSON - shield 02300, PO DANIEL MCDADE -
                shield 2020, and "JOHN DOES" (names not known
                and fictitious) - Police Officers
                21 East Second Street
                Riverhead, New York 11901
                631.369.7600

                By: _____
                    Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEPHEN BAIN,

                  Plaintiff,

           -against-

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

                  Defendants.

-------------------------------------------------------X

**DEFENDANTS'
INTERROGATORIES
TO PLAINTIFF**

Index No.: 07 CIV 8021

COUNSELORS:

        **PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure

33 defendants hereby request that the plaintiff respond to the written interrogatories within

thirty (30) days after receipt of this Demand.

        1. State address and residence of plaintiff.

        2. State the date and time of the occurrence.

        3. State the location of the happening of the occurrence.

        4. A statement of the alleged injuries and description of those claimed to be

permanent.

5.  The length of time confined to a hospital or other health care facility with the name of such health care facility and the dates of admission and discharge.

6.  State the length of time plaintiff was under the care of physicians with the names and addresses of those physicians and the date of treatment.

7.  State the name, address, and telephone number of the attorney who represented the plaintiff as a result of the resisting arrest charge on December 21, 2005.

8.  State the date of birth and Social Security number of the plaintiff.

9.  State the occupation of the plaintiff at the time of the alleged incident and here respective average, daily, weekly or monthly earnings.

10.  State the name and address of plaintiff's employer at the time of the incident and the length of time incapacitated from such employment.

11.  State in what respect did defendants contribute to or cause plaintiff's damages and/or injuries.

Dated: Riverhead, New York
      November 6, 2007

                Yours, etc.
                LEWIS JOHS AVALLONE AVILES, LLP
                Attorneys for Defendants
                METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers
                21 East Second Street
                Riverhead, New York 11901
                631.369.7600
                By: _____
                    Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

STEPHEN BAIN,

**REQUEST FOR**
**DOCUMENTS**

Plaintiff,

-against-

Index No.: 07 CIV 8021

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

Defendants.

------------------------------------------------------X

COUNSELORS:

Pursuant to Civil Federal Rule of Civil Procedure 34, defendants request that

he plaintiff and/or her attorney furnish and produce the following items within 30 days of the

receipt of this Notice:

1. Copies of all medical records, reports, diagnoses, prognoses, as well as

hospital records, x-rays, MRI films pertaining to any claimed physical injuries in this case.

2. Copies of any adverse party statements in the possession of the plaintiff.

3. Photographs of the scene of the alleged occurrence and/or photographs of

plaintiff's alleged injuries.

4. Duly acknowledged and written authorizations directed to the appropriate party/business/employer of the plaintiff to allow the defendants to obtain the employment records including payroll records compiled on the plaintiff or the time frame December 21, 2004 to December 21, 2006.

5. Duly executed authorization directing the release of all records pertaining to the reimbursement, replacement or indemnification of the costs of medical care, loss of earnings, or other economic loss claimed by the plaintiff herein.

6. Duly executed authorization and acknowledged written authorizations to allow the defendants to obtain the complete medical records relating to the plaintiff of all physicians or other health care providers who have consulted, examined or treated the plaintiff or each of the conditions allegedly caused or exacerbated by the occurrence described in the Complaint.

Dated: Riverhead, New York
      November 6, 2007

           Yours, etc.

           LEWIS JOHS AVALLONE AVILES, LLP
           Attorneys for Defendants
           METROPOLITAN    TRANSPORTATION
           AUTHORITY,    METROPOLITAN
           TRANSPORTATION   AUTHORITY   POLICE
           DEPARTMENT, LONG ISLAND RAILROAD d/b/a
           MTA LONG ISLAND RAILROAD, LONG ISLAND
           RAILROAD POLICE DEPARTMENT, PO ROBERT
           ARONSON - shield 02300, PO DANIEL MCDADE -
           shield 2020, and "JOHN DOES" (names not known
           and fictitious) - Police Officers
           21 East Second Street
           Riverhead, New York 11901
           631.369.7600

           By: _____
               Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

STATE OF NEW YORK )
                          )  ss.:
COUNTY OF SUFFOLK )

VERONICA C. McKENNA, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Manorville, New York.

That on the 7th day of November, 2007, deponent served the within **RULE 7.1 STATEMENT, VERIFIED ANSWER, NOTICE OF EXAMINATION BEFORE TRIAL, DEFENDANTS' INTERROGATORIES TO PLAINTIFF AND REQUEST FOR DOCUMENTS** upon the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for that purpose, by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

_VERONICA C. McKENNA_

Sworn to before me this
7th day of November, 2007.

Lois A. Skula
Notary Public, State of New York
Registration No.: 4966255
Qualified in Suffolk County
Commission Expires :May 1, 2010

**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP
Attorneys at Law

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.                                    **Year 20**

STEPHEN BAIN,

                                                            Plaintiff,

            - against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, METROPOLITAN
TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION POLICE
DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG
ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious)- POLICE OFFICERS,

                                                            Defendant.

# *Rule 7.1 STATEMENT, ANSWER AND DEMANDS*

## LEWIS JOHS

Lewis Johs Avallone Aviles, LLP
Defendants

Counsellors at Law

*Attorneys for*

*Office and Post Office Address*
21 East Second Street • Riverhead, NY 11901
631.369.7600 • Fax 631.369.7680
FILE #:_____

---

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1.1a**

The undersigned hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the contentions contained in the annexed
document(s) is not frivolous nor frivolously presented

..............................................................

---

Service of a copy of the within                                    is hereby admitted.

Dated,

            Attorney(s) for

..............................................................

---

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on                    20

☐ NOTICE OF SETTLEMENT
that an order                                    of which the within is a true copy will be presented for
settlement to the HON.                                    one of the judges
of the within named court, at
on                    20            at                M.

Dated,

                                                            *Yours, etc.*

                                                            **LEWIS JOHS**