UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEPHEN BAIN,

                Plaintiff,

              -against-

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

              Defendants.

------------------------------------------------------X

**INTERROGATORIES**

Index No.: 07 CIV 8021

COUNSELORS:

      **PLEASE TAKE NOTICE,** that pursuant to Rule 33 of the Federal Rules of Civil Procedure, the defendant, The Long Island Rail Road ("LIRR") demands that plaintiff answer under oath the interrogatories hereinafter set forth as to each and every cause of action alleged, within thirty (30) days from the date of service thereof.

      **PLEASE TAKE FURTHER NOTICE,** that these interrogatories shall be deemed continuing so as to require supplementary answers if the plaintiff obtains additional information of the character called for by the interrogatories between the date the answer is served and the time of trial.

1. Set forth the names and addresses of all eyewitnesses to said accident, their location at the time of the accident and what they were doing.

2. State the names and addresses of all persons present at the location and time of the accident.

3. State the names and addresses of all persons who have knowledge of any relevant facts relating to the accident.

4. State the names and addresses of any and all proposed expert witnesses.

5. Without reference to your complaint, set forth in detail each and every act, omission, default or basis of liability of the defendant upon which you predicate your claim.

6. Describe in detail the manner in which you allege the accident occurred setting forth in your description all pertinent facts known to you relating to the happening of said accident.

7. State the disposition of the criminal charges including date of disposition and judge..

8. Set forth in detail the nature, extent and duration of all injuries alleged sustained as a result of the accident or, in the alternative, attach to the answers to these interrogatories a detailed statement from the treating physician, setting forth all such injuries allegedly sustained as a result of said accident.

9. State the period(s) of time plaintiff was disabled from work as a result of the accident and the claim wage loss for each period of disability.

10. Set forth such injuries as you present suffer from setting forth in detail the present complaints and symptoms.

11. If a previous injury, disease, illness or condition is claimed to have been aggravated, accelerated or exacerbated, state the nature of each and the name and address of each doctor, if any, who rendered treatment or said condition.

12. Set forth all damage claims asserted by plaintiff.

Dated: Riverhead, New York
February 8, 2008

Yours, etc.

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendants
METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) - Police Officers
21 East Second Street
Riverhead, New York 11901
631.369.7600

By: _____
Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

Office of the Corporation Counsel of the City of New York
Law Department
100 Church Street, Room 3-199
New York, New York 10007
Att: Caroline L. Chen, Esq.

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF SUFFOLK )

        VERONICA C. McKENNA, being duly sworn, deposes and says:

        That deponent is not a party to this action, is over 18 years of age and resides in Manorville, New York.

        That on the 8th day of February, 2008, deponent served the within **INTERROGATORIES** upon the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for that purpose, by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

JOSEPH T. MULLEN, JR. & ASSOCIATES
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

Office of the Corporation Counsel of the City of New York
Law Department
100 Church Street, Room 3-199
New York, New York 10007
Att: Caroline L. Chen, Esq.

                                           VERONICA C. McKENNA

Sworn to before me this
8th day of February, 2008.

Lois A. Skula
Notary Public, State of New York
Registration No.: 4966255
Qualified in Suffolk County
Commission Expires : May 1, 2010

Counsellors at Law
Lewis Johs Avallone Aviles, LLP
LEWIS JOHS

UNITED STATES DISTRICT COURT Index No. Year 20
SOUTHERN DISTRICT OF NEW YORK

STEPHEN BAIN,

Plaintiff,

- against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, METROPOLITAN TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION POLICE DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious)- POLICE OFFICERS,

Defendant.

***Interrogatories***

LEWIS JOHS
Lewis Johs Avallone Aviles, LLP Defendant
Counsellors at Law

*Attorneys for*

*Office and Post Office Address*
21 East Second Street • Riverhead, NY 11901
631.369.7600 • Fax 631.369.7680
FILE #:________________

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1.1a**

The undersigned hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the contentions contained in the annexed document(s) is not frivolous nor frivolously presented

..........................................................................

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for ..........................................................................

Sir: Please take notice

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on 20

☐ NOTICE OF SETTLEMENT

that an order of which the within is a true copy will be presented for
settlement to the HON. one of the judges
of the within named court, at
on 20 at M.

Dated,

*Yours, etc.*
LEWIS JOHS