UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
STEPHEN BAIN,

                Plaintiff,

          -against-

THE CITY OF NEW YORK, THE NEW
YORK CITY POLICE DEPARTMENT,
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION POLICE DEPARTMENT,
LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD,
LONG ISLAND RAILROAD POLICE
DEPARTMENT, PO ROBERT
ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES"
(names not know and fictitious)- POLICE
OFFICER,

                Defendants.

-----------------------------------------------------X

**MTA DEFENDANTS
RESPONSES TO THE
CITY OF NEW YORK
AND NEW YORK CITY
POLICE DEPARTMENT'S
NOTICE TO PRODUCE
DOCUMENTS**

07cv8021 (VM)

       Defendants, METROPOLITAN TRANSPORTATION AUTHORITY,

METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT,

LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG ISLAND

RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO

DANIEL MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious) -

Police Officers by their attorneys LEWIS JOHS AVALLONE AVILES, LLP.

       Pursuant to FRCP 34 respond to the City of New York and New York City

Police Department's request for documents as follows:

       1. Annexed hereto as Exhibit "A" is the MTA Police Department Incident

Report, 0612112 (13 pages) and supplements dated January 1, 2007 (3 pages).

2. See Response to Question No. 1.

3. See Response to Question No. 1.

4. Medical records of MTA Police McDade and Aronson have been requested and will be provided upon receipt.

5. At this time there are no photographs and/or video documents from the holding cell of Penn Station involving this incident.

6. Photographs (5) taken of plaintiff are included and the documents provided in Request No.: 1.

7. There has been no subpoenas identified that have been served on any party individual or entity concerning this litigation.

8. See Response to Request No. 7.

Dated: Riverhead, New York
March 25, 2008

Yours, etc.

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendants
METROPOLITAN TRANSPORTATION
AUTHORITY, METROPOLITAN
TRANSPORTATION AUTHORITY POLICE
DEPARTMENT, LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD, LONG ISLAND
RAILROAD POLICE DEPARTMENT, PO
ROBERT ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES" (names
not known and fictitious) -
21 East Second Street
Riverhead, New York 11901
631.369.7600

By: _____
          Edward G. Lukoski (EL-7845)

TO:

JOSEPH T. MULLEN, JR. & ASSOCIATES
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177


Office of the Corporation Counsel of the City of New York
Law Department
100 Church Street, Room 3-199
New York, New York 10007
Att: Caroline L. Chen, Esq.

Exhibit A

# Incident Report
# M.T.A. POLICE DEPARTMENT

Supplement No
ORIG

06-12112

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/13/2006

Nature of Call
ASSALT

Officer
MCDADE,DANIEL F

## Administrative Information

| Agency | | | Case No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | | | 06-12112 | | ORIG | 09/13/2006 | | 01:11 | 062560009 |

| Status | Nature of Call | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION | | | | | | | |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| M86596/MCDADE,DANIEL F | DISTRICT 4 B TOUR | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment | RMS Transfer | Property? | Transit ID |
|---|---|---|---|---|---|
| DISTRICT 4 B TOUR | D86418 | PATROL SERGEANT | Successful | None | NONE |

| Org Nature of Call | CTV | Approving Officer | Approval Date |
|---|---|---|---|
| 1013 | County of New York | D86418 | 09/15/2006 |

| Approval Time | | |
|---|---|---|
| 03:39:54 | | |

| COPY TO IAB (RECORD USE ONLY) | NYSPIN CK MADE-NO HIT | OC DISCHGE-COPY TO TRN |
|---|---|---|
| Yes | Yes | Yes |

| # Offense | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 1 | NY PL 120.10 | CF1 | ASSAULT-1ST | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | 88 | 13A | 1 | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 2 | NY PL 120.08 | CF0 | ASLT:POLICE OFF/FIRE | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | 88 | 13A | 2 | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 3 | NY PL 120.05  03 | DF2 | ASLT W/INT CAUS PH I | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | 88 | 13A | 3 | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 4 | NY PL 205.30 | AM0 | RESISTING ARREST | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | | 90Z | 4 | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 5 | NY PL 240.20  01 | 0V0 | DIS/CON:FIGHT/VIOLEN | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | | 90C | 5 | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 6 | NY PL 240.20  02 | 0V0 | DIS/CON:UNREASONABLE | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | | 90C | 6 | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 7 | NY PL 240.20  03 | 0V0 | DIS/CON:OBSCENE LANG | | C | 0 | 77 | 06 |
| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type | | |
| | | | | 90C | 7 | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| *EM | 1 | I | WALLACE | 343111 | W | M | |
| *EM | 2 | I | RAMOS | 343113 | U | M | |
| *PD | 1 | L | SGT GLAUDINO | | U | M | |
| *PD | 2 | L | PO PEREZ | | U | M | |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 1 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

J6-12112

Supplement No
ORIG

### Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|------|---------|------|------|-----|------|-----|-----|
| *PD | 3 | L | PO WENDLER | | W | M | |
| AID | 1 | L | PO MCDADE | | W | M | |
| ARO | 1 | L | PO ARONSON | | W | M | |
| ARR | 1 | I | BAIN,STEPHEN O | 343110 | W | M | 07/11/1977 |
| ASO | 1 | L | PO INTERDONATI | | W | M | |
| ASO | 2 | L | PO TULLY | | W | M | |
| ASO | 3 | L | PPO SMITH | 343112 | W | M | |
| ASO | 4 | L | PO PREGO | | W | M | |
| PSV | 1 | L | SGT DITTRICH | | W | M | |
| PSV | 2 | L | SGT SMITH | | W | M | |
| PSV | 3 | L | LT NUTTER | | W | M | |
| VIC | 1 | S | PSNY | 343114 | | | |

### Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|------|------|------------|-------|----------|------|------|-------|-------|-------|
| AMB | 0 | 08C | NY | 2006 | | *AMB | | AM | |

### Summary Narrative

Arrest of one male for assaulting a police officer resulting in physical injury at Penn Station. Member of service received injuries to left leg and head. Injured prisoner received lacerations to face and OC spray exposure. Injured member of service and injured prisoner removed to hospital for treatment.

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 2 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

16-12112

Supplement No
ORIG

### EMS PERSONNEL - GENERAL 1: WALLACE

| Involvement | | Seq | Type | Name |
|---|---|---|---|---|
| EMS PERSONNEL - GENERAL | | 1 | INDIVIDUAL | WALLACE |

| MNI | Race | Sex | | |
|---|---|---|---|---|
| 343111 | WHITE | MALE | | |

| Type | | ID No | |
|---|---|---|---|
| EMS/FIRE ID NUMBER (SHIELD-ETC) | | 6943 | |

| Employer/School | Position/Grade |
|---|---|
| EMS | EMT |

### EMS PERSONNEL - GENERAL 2: RAMOS

| Involvement | | Seq | Type | Name |
|---|---|---|---|---|
| EMS PERSONNEL - GENERAL | | 2 | INDIVIDUAL | RAMOS |

| MNI | Race | Sex |
|---|---|---|
| 343113 | UNKNOWN | MALE |

### LAW ENFORCEMENT-GENERAL 1: SGT GLAUDINO

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| SGT GLAUDINO | UNKNOWN | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 744 |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY POLICE DEPT | ESU SGT |

| Location |
|---|
| TRUCK # 1 |

### LAW ENFORCEMENT-GENERAL 2: PO PEREZ

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO PEREZ | UNKNOWN | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2060 |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY POLICE DEPT | ESU PO |

| Location |
|---|
| TRUCK # 1 |

### LAW ENFORCEMENT-GENERAL 3: PO WENDLER

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 3 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO WENDLER | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2802 |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY POLICE DEPT | ESU PO |

| Location |
|---|
| TRUCK # 1 |

### AIDED 1: PO MCDADE

| Involvement | Seq | Type |
|---|---|---|
| AIDED | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO MCDADE | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2020 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

| Phone No |
|---|
| (212) 643-5075 |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 3 of 13 |
| Supervisor Signature | | |

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112 Supplement No
ORIG

## Medical

| Injury Place | | | Injury Date | Injury Time | Injured At Work? |
|---|---|---|---|---|---|
| 30 PENN STATION | | | 09/13/2006 | 00:20:00 | Yes |

Location/Type of Injury
SEVERE PAIN/SWELLING TO LEFT LEG/ANKLE - SWELLING TO FOREHEAD

How Injured
RCVD DURING ARREST PROCESS IN WHICH PERP DID ASSAULT OFFICER/PUSH DOWN
STAIRS

## ARRESTING OFFICER 1: PO ARONSON

| Involvement | Seq | Type |
|---|---|---|
| ARRESTING OFFICER | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO ARONSON | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2300 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

## ARRESTED PERSON 1: BAIN, STEPHEN O

| Involvement | Seq | Type | Name | | MNI |
|---|---|---|---|---|---|
| ARRESTED PERSON | 1 | INDIVIDUAL | BAIN, STEPHEN O | | 343110 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | To Weight |
|---|---|---|---|---|---|---|---|---|
| WHITE | MALE | 07/11/1977 | 29 | NON HISPANIC | No | 5'09" | 175# | 200# |

| Hair Color | Eye Color | Skin | Means of Attack |
|---|---|---|---|
| BLONDE/STRAWBERRY | HAZEL | FAIR | HANDS/FIST/FEET/ETC. |

| Extent of Injury | Dom Violence | Gen Appearance | Build |
|---|---|---|---|
| APPEARED TO BE SERIOUSLY INJURED | No | CASUAL/CLEAN | MUSCULAR |

| Hair Description | Speech | Demeanor |
|---|---|---|
| MESSY/UNKEPT/STRAIGHT | LOUD | ANGRY/IRRATIONAL |

| Body Clothing | Arr Res Status | OFN_INVL |
|---|---|---|
| SHIRT/PANTS | RESIDENT | 1 |

Offender Cond
APPEARS TO BE IMPAIRED WITH ALCOHOL

| Type | Address | | City |
|---|---|---|---|
| HOME ADDRESS | 119 KELVIN AVE | | STATEN ISLAND |

| State | ZIP Code |
|---|---|
| NEW YORK | 10306 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE/STATE ID CARD | 323357316 | NEW YORK |

| Description of Shirt | Description of Pants |
|---|---|
| RED SHIRT | BLUE DENIM JEANS |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Status |
|---|---|---|---|---|---|
| SUMMARY ARREST | CRIME IN PROGRESS | 09/13/2006 | 00:25:00 | 06-9073 | HELD |

| Arrest Location | City | Fingerprt Taken? | Mug? |
|---|---|---|---|
| 30 PENN STATION | MANHATTAN | Yes | Yes |

Armed
NOT REPORTED

| Charge | | | Charge Literal | A/C |
|---|---|---|---|---|
| NY PL 120.10 | | CF1 | ASSAULT-1ST | C |
| NY PL 120.08 | | CF0 | ASLT:POLICE OFF/FIRE | C |
| NY PL 120.05 | 03 | DF2 | ASLT W/INT CAUS PH I | C |
| NY PL 205.30 | | AM0 | RESISTING ARREST | C |
| NY PL 240.20 | 01 | OV0 | DIS/CON:FIGHT/VIOLEN | C |
| NY PL 240.20 | 02 | OV0 | DIS/CON:UNREASONABLE | C |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE, DANIEL F | 01/08/2007 10:58 | Page 4 of 13 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112 Supplement No
ORIG

**Medical**

| Injury Place | Injury Date | Injury Time | Injured At Work? |
|---|---|---|---|
| 30 PENN STATION | 09/13/2006 | 00:20:00 | No |

Location/Type of Injury
LACERATIONS TO FACE / O.C. SPRAY EXPOSURE TO FACE

How Injured
RCVD WHILE RESISTING ARREST - SUBJECT SPRAY WITH 10% OC SPRAY & FELL DOWN STAIRS

### ASSISTING OFFICER 1: PO INTERDONATI

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO INTERDONATI | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2481 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

### ASSISTING OFFICER 2: PO TULLY

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO TULLY | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2090 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

### ASSISTING OFFICER 3: PPO SMITH

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 3 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | MNI | Race | Sex |
|---|---|---|---|
| PPO SMITH | 343112 | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2565 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

### ASSISTING OFFICER 4: PO PREGO

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 4 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO PREGO | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2280 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE, DANIEL F | 01/08/2007 10:58 | Page 5 of 13 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

16-12112    Supplement No  ORIG

### PATROL SUPERVISOR 1: SGT DITTRICH

| Involvement | Seq | Type |
|---|---|---|
| PATROL SUPERVISOR | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| SGT DITTRICH | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 393 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | SERGEANT |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

### PATROL SUPERVISOR 2: SGT SMITH

| Involvement | Seq | Type |
|---|---|---|
| PATROL SUPERVISOR | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| SGT SMITH | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 303 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | SERGEANT |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

### PATROL SUPERVISOR 3: LT NUTTER

| Involvement | Seq | Type |
|---|---|---|
| PATROL SUPERVISOR | 3 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| LT NUTTER | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 12 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | LIEUTENANT |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212) 643-5075

### VICTIM/COMPLAINANT 1: PSNY

| Involvement | Seq | Type | Name |
|---|---|---|---|
| VICTIM/COMPLAINANT | 1 | SOCIETY/PUBLIC/PSNY | PSNY |

MNI
343114

### IBRS Info

| Victim Seq | Offense Codes |
|---|---|
| 1 | 1/2/3/4/5/6/7 |

### Vehicle: 08C

| Involvement | Type | License No | State | Lic Year | Lic Type |
|---|---|---|---|---|---|
| AMBULANCE - GENERAL | AMBULANCE | 08C | NEW YORK | 2006 | AMBULANCE |

| Make | Style |
|---|---|
| AMBULANCE - GENERAL | AMBULANCE |

### Modus Operandi

| Gang Act? | Weapon Used | Premise Type | Victim's Race | Victim's Sex |
|---|---|---|---|---|
| No | PHYSICAL-HANDS-FEET-FISTS | LIRR PROP-OPEN TO PUBLIC | WHITE | MALE |

| Victim's Age | Vulnerability | Victim's Action |
|---|---|---|
| 17 - 25 YEARS IF AGE | POLICE OFFICER | ON STAIRS |

Suspect Action
SPIT AT VICTIM OR WITNESS/STRUCK VICTIM/MADE THREATS

Crime Code(s)
ASSAULT

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE, DANIEL F | 01/08/2007 10:58 | Page 6 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112   Supplement No
ORIG

### Narrative

On 9/13/06 at approximately 0020 hours, PO McDade and PO Aronson did observe a male subject, later identified as Stephen Bain, shouting profanities in the 8th Avenue Concourse of Penn Station. Officers further observed the male subject aggressively approach a male subject not known to him and attempt to physically assault him. Officers initially approached the subject and advised him to depart the area. The subject was not compliant with the officer's request to depart the area. Upon approaching the subject again, the subject was advised that he was under arrest at which time he fled on foot away from the officers in the vicinity of track # 17. PO McDade and PO Aronson attempted to place the subject under arrest at which time the subject did resist by flailing his arms and body and intentionally shoving the officer. PO McDade and the subject fell down the stair case of track # 17 descending to the first landing of the stair case where the subject continued to physically resist and assault the officer with a closed fist. A physical struggle continued on the first stair case landing causing both PO McDade and the subject to fall down the second portion of the stair case onto the platform of track # 17. PO McDade utilized his department issued OC spray on the subject as the subject was failing to comply with verbal commands and was continuing to physically resist. PO McDade transmitted an emergency request for assistance ("10-85") over his department radio. Upon arrival of assisting officers, the subject was physically subdued and successfully handcuffed.

PO McDade suffered injuries to his left ankle, left leg, and to his forehead. PO McDade complained of severe pain and immediate swelling was evident to his left ankle, left leg (below knee/shin), and forehead. PO McDade was unable to stand up on his own and unable to move his left leg. EMS was requested and responded to the platform of track # 17 to render aid to the injured member of service. PO McDade was removed to Bellevue Hospital by ambulance for further care and evaluation. Sgt. Richard Smith accompanied PO McDade in the ambulance to Bellevue Hospital.

The prisoner, Stephen Bain, was removed to District # 4 for processing. Upon placement into the District # 4 cell area, prisoner began to spit and flail his body striking himself on the floor, bench, and walls. Prisoner was handcuffed to the bench and ankle cuffs were placed to prevent further kicking. EMS was on scene in District # 4 at 0039 hours. NYPD Emergency Services Unit was requested for the violent prisoner whom was acting emotionally disturbed and/or under the influence of drugs and/or alcohol. NYPD Emergency Services Unit Truck # 1 responded to District # 4 at 0055 hours and flushed the prisoner's eyes with water for the OC spray exposure. They further subdued the prisoner with a restraining device. Prisoner was placed on a stretcher and removed to Bellevue Hospital by ambulance (ambulance # 08C, EMT # 6943) for further care and observation. PO Tully and PO Interdonati escorted the prisoner with EMS to Bellevue Hospital.

A telephone notification was made to Lieutenant Kevin Hoban of the MTAPD Internal Affairs Bureau. MTAPD Communications placed a telephone page notification to Inspector Kevin King, Commanding Officer of District # 4.

A Worker's Compensation package was completed for the injured member of service, PO McDade. A custodial injury package was completed for the injured prisoner.

MTAPD Arrest # 9073
NYPD Arrest # M06002101P, NYPD Fax # MO058956

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 7 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

**Images**

| Date | Time | Officer | Type | Description |
|------|------|---------|------|-------------|
| 09/15/2006 | 03:32:59 | D86418 | | FACE PHOTO OF PRISONER'S INJURIES |



| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 8 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112

**Images**

| Date | Time | Officer | Type | Description |
|------|------|---------|------|-------------|
| 09/15/2006 | 03:33:36 | D86418 | | CLOSEUP FACE PHOTO OF PRISONER'S INJURY |



| Report Officer | Printed At | |
|---------------|-----------|--|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 9 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

76-12112    Supplement No    ORIG

### Images

| Date | Time | Officer | Type | Description |
|------|------|---------|------|-------------|
| 09/15/2006 | 03:34:12 | D86418 | | PRISONER'S FRONT FACE PHOTO IN RMP |



| Report Officer | Printed At | |
|----------------|-----------|--|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 10 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112
Supplement No
ORIG

**Images**

| Date | Time | Officer | Type | Description |
|------|------|---------|------|-------------|
| 09/15/2006 | 03:35:56 | D86418 | | PRISONER'S LEFT FACE PROFILE |



| Report Officer | Printed At | |
|----------------|-----------|--|
| M86596/MCDADE,DANIEL F | 01/08/2007 10:58 | Page 11 of 13 |
| Supervisor Signature | | |

# Incident Report

# M.T.A. POLICE DEPARTMENT

Supplement No
06-12112    ORIG

## Images

| Date | Time | Officer | Type | Description |
|------|------|---------|------|-------------|
| 09/15/2006 | 03:36:52 | D86418 | | PRISONER'S RIGHT FACE PROFILE |



| Report Officer | | Printed At | |
|---|---|---|---|
| M86596/MCDADE,DANIEL F | | 01/08/2007 10:58 | Page 12 of 13 |
| Supervisor Signature | | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112
Supplement No
ORIG

**Images**

| Date | Time | Officer | Type | Description |
|------|------|---------|------|-------------|
| 09/15/2006 | 03:37:47 | D86418 | | PRISONER'S FRONT FACE PHOTO |



| Report Officer | | Printed At | |
|----------------|--|------------|--|
| M86596/MCDADE,DANIEL F | | 01/08/2007 10:58 | Page 13 of 13 |
| Supervisor Signature | | | |

# Incident Report
# M.T.A. POLICE DEPARTMENT

**06-12112**

Supplement No
0001

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/13/2006

Nature of Call
ASSALT

Officer
GUIDO,DANIEL

## Administrative Information

| Agency | | Case No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | | 06-12112 | | 0001 | 09/13/2006 | | 13:40 | 062560009 |

| Status | Nature of Call | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION | | | | | | |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | | | Assignment | 2nd Officer |
|---|---|---|---|---|
| G86509/GUIDO,DANIEL | | | PATROL OFFICER | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|---|---|
| PATROL OFFICER | G86509 | PATROL OFFICER | Supplement Transfer Complete | Pending |

| Transit ID | Org Nature of Call | CTV | Approving Officer | Approval Date |
|---|---|---|---|---|
| NONE | 1013 | County of New York | R86170 | 09/17/2006 |

| Approval Time | | | | |
|---|---|---|---|---|
| 13:01:36 | | | | |

## Summary Narrative

Defendants property vouchered/defendant lodged in MCB.

| Item | Involvement | In Custody? | Tag No | Item No | Serial No | | |
|---|---|---|---|---|---|---|---|
| 1 | SAFEKEEPING | Yes | E4115 | 1 | SJUG1726FJ | | |

| Description | | | | Typ | Cat | Article |
|---|---|---|---|---|---|---|
| Gray Motorola cell phone | | | | A | CELLPHONE | PHONE |

| Brand | Model | NYSIBR Type | # Pieces | RMS Transfer |
|---|---|---|---|---|
| MOTOLA | RAZOR | OTHER PROPERTY | 1 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 2 | SAFEKEEPING | Yes | E4155 | 4 |

| Description | | Typ | Cat |
|---|---|---|---|
| Borgota Hotel Card | | A | PERSONAL PAPERS |

| Article | Brand | NYSIBR Type | # Pieces | RMS Transfer |
|---|---|---|---|---|
| CARD | HOTEL | PERSONAL PAPERS | 1 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 3 | SAFEKEEPING | Yes | E4115 | 5 |

| Description | Typ | Cat |
|---|---|---|
| Best Buy Reward Card | A | PERSONAL PAPERS |

| Article | NYSIBR Type | # Pieces | RMS Transfer |
|---|---|---|---|
| CARD | PERSONAL PAPERS | 1 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 4 | SAFEKEEPING | Yes | E4115 | 6 |

| Description | Typ | Cat |
|---|---|---|
| Business Card | A | PERSONAL PAPERS |

| Article | NYSIBR Type | # Pieces | RMS Transfer |
|---|---|---|---|
| CARD | PERSONAL PAPERS | 1 | Successful |

| Item | Involvement | In Custody? | Tag No | Item No | Serial No |
|---|---|---|---|---|---|
| 5 | SAFEKEEPING | Yes | E4115 | 2 | 4J544CGQTXL |

| Description | Typ |
|---|---|
| Black Apple Ipod 60 GB | A |

| Cat | Article | Brand | Model |
|---|---|---|---|
| RADIO,STEREO,CD/DVD PLAYER DEVICES ETC | IPOD | APPLE | IPOD |

| NYSIBR Type | # Pieces | RMS Transfer |
|---|---|---|
| STEREO EQUIPMENT/TV/RADIO | 1 | Successful |

| Report Officer | Printed At | |
|---|---|---|
| G86509/GUIDO,DANIEL | 01/08/2007 10:59 | Page 1 of 2 |
| Supervisor Signature | | |

# Incident Report
**06-12112**

Supplement No
0001

# M.T.A. POLICE DEPARTMENT

| Item | Involvement | In Custody? | Tag No | Item No | | |
|---|---|---|---|---|---|---|
| 6 | SAFEKEEPING | Yes | E4155 | 3 | | |

| Description | | | | | | Typ |
|---|---|---|---|---|---|---|
| White Head Phones | | | | | | A |

| Cat | | Article | Brand |
|---|---|---|---|
| RADIO,STEREO,CD/DVD PLAYER DEVICES ETC | | H/PHON | APPLE |

| NYSIBR Type | # Pieces | RMS Transfer |
|---|---|---|
| STEREO EQUIPMENT/TV/RADIO | 1 | Successful |

## Modus Operandi

Crime Code(s)
ASSAULT

## Narrative

Defendant was released from Bellevue Hospital at 1059hrs.  Defendant was concluded to be fit for confinement as per Dr. Johnston. Defendant lodged in MCB without further incident.  Defendants personal property was vouchered for safekeeping.

| Report Officer | Printed At | |
|---|---|---|
| G86509/GUIDO,DANIEL | 01/08/2007 10:59 | Page 2 of 2 |
| Supervisor Signature | | |

# Incident Report
# M.T.A. POLICE DEPARTMENT

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
**09/14/2006**

Nature of Call
**ASSALT**

Officer
**GUIDO,DANIEL**

06-12112
Supplement No
0002

## Administrative Information

| Agency | | Case No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | | 06-12112 | | 0002 | 09/14/2006 | | 08:14 | 062560009 |

| Status | Nature of Call | | Location | | | | | |
|---|---|---|---|---|---|---|---|---|
| ARREST MADE | ASSAULT | | 30 PENN STATION | | | | | |

| City | Rep Dist | County | Beat | From Date | | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | 4J | 09/13/2006 | | 00:20 | 09/13/2006 | 00:28 |

| Officer | | | Assignment | | | 2nd Officer | |
|---|---|---|---|---|---|---|---|
| G86509/GUIDO,DANIEL | | | DISTRICT 4 A TOUR | | | ARONSON,ROBERT A | |

| Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|
| DISTRICT 4 B TOUR | G86509 | DISTRICT 4 A TOUR | Supplement Transfer Complete |

| Property? | Transit ID | Org Nature of Call | CTV | Approving Officer |
|---|---|---|---|---|
| None | NONE | 1013 | County of New York | D86418 |

| Approval Date | Approval Time |
|---|---|
| 09/15/2006 | 03:19:50 |

## Summary Narrative

Prisoner removed from Manhattan Central Booking and brought back to Bellevue Hospital for further care/evaluation.

## Narrative

Unit advised by District #4 supervision at 1550 hours to respond to Manhattan Central Booking and remove prisoner to Bellevue Hospital. Dr. Johnston advised NYPD court personnel that they needed to administer further medical attention. Prisoner brought to Bellevue Hospital without incident.

| Report Officer | Printed At | Page 1 of 1 |
|---|---|---|
| G86509/GUIDO,DANIEL | 01/08/2007 10:59 | |
| Supervisor Signature | | |

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112    Supplement No
0003

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/13/2006
Nature of Call
ASSALT
Officer
RIKER,ERIC S

## Administrative Information

| Agency | | Case No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | | 06-12112 | | 0003 | 09/13/2006 | | 16:40 | 062560009 |

| Status | Nature of Call | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ARREST MADE | ASSAULT | 1 PENN STATION | | | | | | |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | | | Assignment | | 2nd Officer |
|---|---|---|---|---|---|
| R86169/RIKER,ERIC S | | | PATROL LIEUTENANT | | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|
| PATROL OFFICER | R86169 | PATROL LIEUTENANT | Supplement Transfer Complete |

| Transit ID | Org Nature of Call | CTV | Approving Officer | Approval Date |
|---|---|---|---|---|
| NONE | 1013 | County of New York | R86170 | 09/17/2006 |

| Approval Time | | | | |
|---|---|---|---|---|
| 13:02:24 | | | | |

## Summary Narrative

Bedside arraignment conducted at Bellevue Hospital.

## DISTRICT ATTORNEY 1: LAPORTE

| Involvement | Seq | Type | Name | | MNI |
|---|---|---|---|---|---|
| DISTRICT ATTORNEY | 1 | GOVERNMENT | LAPORTE | | 288856 |

| RMS Transfer | | | | | |
|---|---|---|---|---|---|
| Successful | | | | | |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY | JUDGE |

## Modus Operandi

| Crime Code(s) |
|---|
| ASSAULT |

## Narrative

On September 15, 2006 at 1430 hours a bedside arraignment was conducted for the Defendant, Stephan Bain, by Judge Laporte at Bellevue Hospital. The defendant was released on his own recognizance. Prisoner watch concluded.

| Report Officer | Printed At | |
|---|---|---|
| R86169/RIKER,ERIC S | 01/08/2007 10:59 | Page 1 of 1 |
| Supervisor Signature | | |

# Incident Report
# M.T.A. POLICE DEPARTMENT

**06-12112**

Supplement No
0004

345 MADISON AVENUE

9TH FLOOR

(212) 878-1000

Reported Date
09/20/2006

Nature of Call
ASSALT

Officer
DEPOLA, JAMES

## Administrative Information

| Agency | | Case No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | | 06-12112 | | 0004 | 09/20/2006 | | 09:33 | 062560009 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| D86127/DEPOLA, JAMES | DETECTIVE DIVISION | ARONSON, ROBERT A |

| Assignment | Entered by | Assignment | Confidential |
|---|---|---|---|
| PATROL OFFICER | D86127 | DETECTIVE DIVISION | CONFIDENTIAL DETECTIVE REPORT |

| RMS Transfer | Transit ID | Org Nature of Call | CTY |
|---|---|---|---|
| Supplement Transfer Complete | NONE | 1013 | County of New York |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| R86128 | 10/03/2006 | 09:07:21 |

| NYSPIN CRIMINAL HISTORY CHECK MADE | NYSPIN - APPROPRIATE FILE MSG SENT |
|---|---|
| Yes | Yes |

## Summary Narrative

Assignment: Arrest Enhancement

Subject: Case Assignment

Case Status: Closed - Arrest Enhancement

## Modus Operandi

Crime Code(s)
ASSAULT

## Narrative

On Monday, September 18, 2006 I, Detective DePola was assigned to investigate MTA Incident #06-12112 under DD #06-00828.

The defendant was arrested on September 13, 2006 for assault, disorderly conduct and resisting arrest. An E-Justice Inquiry was conducted and revealed that the defendant has no prior arrest record. A copy of the E-Justice report is enclosed in this case folder. Also, a Tiburon check was also conducted and showed this defendant has had no prior contact with this command.

A file 13 has been sent regarding this arrest and a copy is enclosed in the case folder. No open cases within this command could be linked to this defendant and this case is closed as arrest enhancement.

Case Status:  Closed - Arrest Enhancement  (AE)

| Report Officer | Printed At | |
|---|---|---|
| D86127/DEPOLA, JAMES | 01/08/2007 11:00 | Page 1 of 1 |
| Supervisor Signature | | |

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK )


VERONICA C. McKENNA, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Manorville, New York.

That on the  27th day of March, 2008, deponent served the within **MTA DEFENDANTS RESPONSES TO THE CITY OF NEW YORK AND NEW YORK CITY POLICE DEPARTMENT'S NOTICE TO PRODUCE DOCUMENTS** upon the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for that purpose, by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.


JOSEPH T. MULLEN, JR. & ASSOCIATES
30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177

Office of the Corporation Counsel of the City of New York
Law Department
100 Church Street, Room 3-199
New York, New York 10007
Att: Caroline L. Chen, Esq.

VERONICA C. McKENNA

Sworn to before me this
27th day of March, 2008.

Lois A. Skula
Notary Public, State of New York
Registration No.: 4966255
Qualified in Suffolk County
Commission Expires :May 1, 2010

Counsellors at Law
Lewis Johs Avallone Aviles, LLP
LEWIS ⬛ JOHS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.

**Year 20**

STEPHEN BAIN,

                                        Plaintiff,

        - against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, METROPOLITAN
TRANSPORTATION AUTHORITY, METROPOLITAN TRANSPORTATION POLICE
DEPARTMENT, LONG ISLAND RAILROAD d/b/a MTA LONG ISLAND RAILROAD, LONG
ISLAND RAILROAD POLICE DEPARTMENT, PO ROBERT ARONSON - shield 02300, PO DANIEL
MCDADE - shield 2020, and "JOHN DOES" (names not known and fictitious)- POLICE OFFICERS,

                                        Defendant.

## *MTA DEFENDANTS RESPONSES TO THE CITY OF NEW YORK AND NEW YORK CITY POLICE DEPARTMENT'S NOTICE TO PRODUCE DOCUMENTS*

# LEWIS ⬛ JOHS

Lewis Johs Avallone Aviles, LLP
Defendant

Counsellors at Law

*Attorneys for*

*Office and Post Office Address*
21 East Second Street • Riverhead, NY 11901
631.369.7600 • Fax 631.369.7680
FILE #: _____

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1.1a

The undersigned hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the contentions contained in the annexed
document(s) is not frivolous nor frivolously presented

...............................................................................

Service of a copy of the within                                        is hereby admitted.

Dated,

Attorney(s) for                        ...............................................................................

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on                        20
☐ NOTICE OF SETTLEMENT
that an order                        of which the within is a true copy will be presented for
settlement to the HON.                        one of the judges
of the within named court, at
on                        20        at                M.

                                        *Yours, etc.*

Dated,                        LEWIS ⬛ JOHS