Exhibit B

# Incident Report
# M.T.A. POLICE DEPARTMENT

**06-12112**

Supplement No
ORIG

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/13/2006
Nature of Call
ASSAULT
Officer
MCDADE,DANIEL F

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 06-12112 | ORIG | 09/13/2006 | 01:11 | 062560009 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| M86596/MCDADE,DANIEL F | DISTRICT 4 B TOUR | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment | RMS Transfer | Property? | Transit ID |
|---|---|---|---|---|---|
| DISTRICT 4 B TOUR | D86418 | PATROL SERGEANT | Successful | None | NONE |

| Org Nature of Call | CTV | Approving Officer | Approval Date |
|---|---|---|---|
| 1013 | County of New York | D86418 | 09/15/2006 |

| Approval Time |
|---|
| 03:39:54 |

| COPY TO IAB (RECORD USE ONLY) | NYSPIN CK MADE-NO HIT | OC DISCHGE-COPY TO TRN |
|---|---|---|
| Yes | Yes | Yes |

| # Offenses | Offense | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|
| 1 | NY PL 120.10 CF1 | ASSAULT-1ST | | C | 0 | 77 | 06 |
| 2 | NY PL 120.08 CF0 | ASLT:POLICE OFF/FIRE | | C | 0 | 77 | 06 |
| 3 | NY PL 120.05 03 DF2 | ASLT W/INT CAUS PH I | | C | 0 | 77 | 06 |
| 4 | NY PL 205.30 AM0 | RESISTING ARREST | | C | 0 | 77 | 06 |
| 5 | NY PL 240.20 01 0V0 | DIS/CON:FIGHT/VIOLEN | | C | 0 | 77 | 06 |
| 6 | NY PL 240.20 02 0V0 | DIS/CON:UNREASONABLE | | C | 0 | 77 | 06 |
| 7 | NY PL 240.20 03 0V0 | DIS/CON:OBSCENE LANG | | C | 0 | 77 | 06 |

| # Offenses | #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type |
|---|---|---|---|---|---|---|---|
| 1 | | | | 88 | 13A | 1 | |
| 2 | | | | 88 | 13A | 2 | |
| 3 | | | | 88 | 13A | 3 | |
| 4 | | | | | 90Z | 4 | |
| 5 | | | | | 90C | 5 | |
| 6 | | | | | 90C | 6 | |
| 7 | | | | | 90C | 7 | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| *EM | 1 | I | WALLACE | 343111 | W | M | |
| *EM | 2 | I | RAMOS | 343113 | U | M | |
| *PD | 1 | L | SGT GLAUDINO | | U | M | |
| *PD | 2 | L | PO PEREZ | | U | M | |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 |  |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No ORIG

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| *PD | 3 | L | PO WENDLER | | W | M | |
| AID | 1 | L | PO MCDADE | | W | M | |
| ARO | 1 | L | PO ARONSON | | W | M | |
| ARR | 1 | I | BAIN,STEPHEN O | 343110 | W | M | 07/11/1977 |
| ASO | 1 | L | PO INTERDONATI | | W | M | |
| ASO | 2 | L | PO TULLY | | W | M | |
| ASO | 3 | L | PPO SMITH | 343112 | W | M | |
| ASO | 4 | L | PO PREGO | | W | M | |
| PSV | 1 | L | SGT DITTRICH | | W | M | |
| PSV | 2 | L | SGT SMITH | | W | M | |
| PSV | 3 | L | LT NUTTER | | W | M | |
| VIC | 1 | S | PSNY | 343114 | | | |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| AMB | 0 | 08C | NY | 2006 | | *AMB | | AM | |

## Summary Narrative

Arrest of one male for assaulting a police officer resulting in physical injury at Penn Station. Member of service received injuries to left leg and head. Injured prisoner received lacerations to face and OC spray exposure. Injured member of service and injured prisoner removed to hospital for treatment.

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 |  |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No: ORIG

## EMS PERSONNEL - GENERAL 1: WALLACE

| Involvement | Seq | Type | Name |
|---|---|---|---|
| EMS PERSONNEL - GENERAL | 1 | INDIVIDUAL | WALLACE |

| MNI | Race | Sex |
|---|---|---|
| 343111 | WHITE | MALE |

| Type | ID No |
|---|---|
| EMS/FIRE ID NUMBER (SHIELD-ETC) | 6943 |

| Employer/School | Position/Grade |
|---|---|
| EMS | EMT |

## EMS PERSONNEL - GENERAL 2: RAMOS

| Involvement | Seq | Type | Name |
|---|---|---|---|
| EMS PERSONNEL - GENERAL | 2 | INDIVIDUAL | RAMOS |

| MNI | Race | Sex |
|---|---|---|
| 343113 | UNKNOWN | MALE |

## LAW ENFORCEMENT-GENERAL 1: SGT GLAUDINO

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| SGT GLAUDINO | UNKNOWN | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 744 |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY POLICE DEPT | ESU SGT |

Location: TRUCK # 1

## LAW ENFORCEMENT-GENERAL 2: PO PEREZ

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO PEREZ | UNKNOWN | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2060 |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY POLICE DEPT | ESU PO |

Location: TRUCK # 1

## LAW ENFORCEMENT-GENERAL 3: PO WENDLER

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 3 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO WENDLER | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2802 |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY POLICE DEPT | ESU PO |

Location: TRUCK # 1

## AIDED 1: PO MCDADE

| Involvement | Seq | Type |
|---|---|---|
| AIDED | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO MCDADE | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2020 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212) 643-5075

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE, DANIEL F | 01/24/2007 08:29 | Page 3 of 13 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No ORIG

## Medical

| Injury Place | Injury Date | Injury Time | Injured At Work? |
|---|---|---|---|
| 30 PENN STATION | 09/13/2006 | 00:20:00 | Yes |

Location/Type of Injury
SEVERE PAIN/SWELLING TO LEFT LEG/ANKLE - SWELLING TO FOREHEAD

How Injured
RCVD DURING ARREST PROCESS IN WHICH PERP DID ASSAULT OFFICER/PUSH DOWN STAIRS

## ARRESTING OFFICER 1: PO ARONSON

| Involvement | Seq | Type |
|---|---|---|
| ARRESTING OFFICER | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO ARONSON | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2300 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No
(212)643-5075

## ARRESTED PERSON 1: BAIN,STEPHEN O

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| ARRESTED PERSON | 1 | INDIVIDUAL | BAIN,STEPHEN O | 343110 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | To Weight |
|---|---|---|---|---|---|---|---|---|
| WHITE | MALE | 07/11/1977 | 29 | NON HISPANIC | No | 5'09" | 175# | 200# |

| Hair Color | Eye Color | Skin | Means of Attack |
|---|---|---|---|
| BLONDE/STRAWBERRY | HAZEL | FAIR | HANDS/FIST/FEET/ETC. |

| Extent of Injury | Dom Violence | Gen Appearance | Build |
|---|---|---|---|
| APPEARED TO BE SERIOUSLY INJURED | No | CASUAL/CLEAN | MUSCULAR |

| Hair Description | Speech | Demeanor |
|---|---|---|
| MESSY/UNKEPT/STRAIGHT | LOUD | ANGRY/IRRATIONAL |

| Body Clothing | Arr Res Status | OFN_INVL |
|---|---|---|
| SHIRT/PANTS | RESIDENT | 1 |

Offender Cond
APPEARS TO BE IMPAIRED WITH ALCOHOL

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | 119 KELVIN AVE | STATEN ISLAND |

| State | ZIP Code |
|---|---|
| NEW YORK | 10306 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE/STATE ID CARD | 323357316 | NEW YORK |

| Description of Shirt | Description of Pants |
|---|---|
| RED SHIRT | BLUE DENIM JEANS |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Status |
|---|---|---|---|---|---|
| SUMMARY ARREST | CRIME IN PROGRESS | 09/13/2006 | 00:25:00 | 06-9073 | HELD |

| Arrest Location | City | Fingerprt Taken? | Mug? |
|---|---|---|---|
| 30 PENN STATION | MANHATTAN | Yes | Yes |

Armed
NOT REPORTED

| Charge | Charge Literal | A/C |
|---|---|---|
| NY PL 120.10 CF1 | ASSAULT-1ST | C |
| NY PL 120.08 CF0 | ASLT:POLICE OFF/FIRE | C |
| NY PL 120.05 03 DF2 | ASLT W/INT CAUS PH I | C |
| NY PL 205.30 AM0 | RESISTING ARREST | C |
| NY PL 240.20 01 0V0 | DIS/CON:FIGHT/VIOLEN | C |
| NY PL 240.20 02 0V0 | DIS/CON:UNREASONABLE | C |

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No: ORIG

## Medical

| Injury Place | Injury Date | Injury Time | Injured At Work? |
|---|---|---|---|
| 30 PENN STATION | 09/13/2006 | 00:20:00 | No |

Location/Type of Injury: LACERATIONS TO FACE / O.C. SPRAY EXPOSURE TO FACE

How Injured: RCVD WHILE RESISTING ARREST - SUBJECT SPRAY WITH 10% OC SPRAY & FELL DOWN STAIRS

## ASSISTING OFFICER 1: PO INTERDONATI

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO INTERDONATI | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2481 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

## ASSISTING OFFICER 2: PO TULLY

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO TULLY | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2090 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

## ASSISTING OFFICER 3: PPO SMITH

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 3 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | MNI | Race | Sex |
|---|---|---|---|
| PPO SMITH | 343112 | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2565 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

## ASSISTING OFFICER 4: PO PREGO

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 4 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| PO PREGO | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 2280 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | OFFICER |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No: ORIG

## PATROL SUPERVISOR 1: SGT DITTRICH

| Involvement | Seq | Type |
|---|---|---|
| PATROL SUPERVISOR | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| SGT DITTRICH | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 393 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | SERGEANT |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

## PATROL SUPERVISOR 2: SGT SMITH

| Involvement | Seq | Type |
|---|---|---|
| PATROL SUPERVISOR | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| SGT SMITH | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 303 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | SERGEANT |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

## PATROL SUPERVISOR 3: LT NUTTER

| Involvement | Seq | Type |
|---|---|---|
| PATROL SUPERVISOR | 3 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name | Race | Sex |
|---|---|---|
| LT NUTTER | WHITE | MALE |

| Type | ID No |
|---|---|
| PD SHIELD | 12 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | LIEUTENANT |

| Location | City | State | Phone Type |
|---|---|---|---|
| PENN STA | MANHATTAN | NEW YORK | BUSINESS |

Phone No: (212)643-5075

## VICTIM/COMPLAINANT 1: PSNY

| Involvement | Seq | Type | Name |
|---|---|---|---|
| VICTIM/COMPLAINANT | 1 | SOCIETY/PUBLIC/PSNY | PSNY |

MNI: 343114

## IBRS Info

| Victim Seq | Offense Codes |
|---|---|
| 1 | 1/2/3/4/5/6/7 |

## Vehicle: 08C

| Involvement | Type | License No | State | Lic Year | Lic Type |
|---|---|---|---|---|---|
| AMBULANCE - GENERAL | AMBULANCE | 08C | NEW YORK | 2006 | AMBULANCE |

| Make | Style |
|---|---|
| AMBULANCE - GENERAL | AMBULANCE |

## Modus Operandi

| Gang Act? | Weapon Used | Premise Type | Victim's Race | Victim's Sex |
|---|---|---|---|---|
| No | PHYSICAL-HANDS-FEET-FISTS | LIRR PROP-OPEN TO PUBLIC | WHITE | MALE |

| Victim's Age | Vulnerability | Victim's Action |
|---|---|---|
| 17 - 25 YEARS IF AGE | POLICE OFFICER | ON STAIRS |

Suspect Action: SPIT AT VICTIM OR WITNESS/STRUCK VICTIM/MADE THREATS

Crime Code(s): ASSAULT

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 | Page 6 of 13 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112    Supplement No
ORIG

## Narrative

On 9/13/06 at approximately 0020 hours, PO McDade and PO Aronson did observe a male subject, later identified as Stephen Bain, shouting profanities in the 8th Avenue Concourse of Penn Station. Officers further observed the male subject aggressively approach a male subject not known to him and attempt to physically assault him. Officers initially approached the subject and advised him to depart the area. The subject was not compliant with the officer's request to depart the area. Upon approaching the subject again, the subject was advised that he was under arrest at which time he fled on foot away from the officers in the vicinity of track # 17. PO McDade and PO Aronson attempted to place the subject under arrest at which time the subject did resist by flailing his arms and body and intentionally shoving the officer. PO McDade and the subject fell down the stair case of track # 17 descending to the first landing of the stair case where the subject continued to physically resist and assault the officer with a closed fist. A physical struggle continued on the first stair case landing causing both PO McDade and the subject to fall down the second portion of the stair case onto the platform of track # 17. PO McDade utilized his department issued OC spray on the subject as the subject was failing to comply with verbal commands and was continuing to physically resist. PO McDade transmitted an emergency request for assistance ("10-85") over his department radio. Upon arrival of assisting officers, the subject was physically subdued and successfully handcuffed.

PO McDade suffered injuries to his left ankle, left leg, and to his forehead. PO McDade complained of severe pain and immediate swelling was evident to his left ankle, left leg (below knee/shin), and forehead. PO McDade was unable to stand up on his own and unable to move his left leg. EMS was requested and responded to the platform of track # 17 to render aid to the injured member of service. PO McDade was removed to Bellevue Hospital by ambulance for further care and evaluation. Sgt. Richard Smith accompanied PO McDade in the ambulance to Bellevue Hospital.

The prisoner, Stephen Bain, was removed to District # 4 for processing. Upon placement into the District # 4 cell area, prisoner began to spit and flail his body striking himself on the floor, bench, and walls. Prisoner was handcuffed to the bench and ankle cuffs were placed to prevent further kicking. EMS was on scene in District # 4 at 0039 hours. NYPD Emergency Services Unit was requested for the violent prisoner whom was acting emotionally disturbed and/or under the influence of drugs and/or alcohol. NYPD Emergency Services Unit Truck # 1 responded to District # 4 at 0055 hours and flushed the prisoner's eyes with water for the OC spray exposure. They further subdued the prisoner with a restraining device. Prisoner was placed on a stretcher and removed to Bellevue Hospital by ambulance (ambulance # 08C, EMT # 6943) for further care and observation. PO Tully and PO Interdonati escorted the prisoner with EMS to Bellevue Hospital.

A telephone notification was made to Lieutenant Kevin Hoban of the MTAPD Internal Affairs Bureau. MTAPD Communications placed a telephone page notification to Inspector Kevin King, Commanding Officer of District # 4.

A Worker's Compensation package was completed for the injured member of service, PO McDade. A custodial injury package was completed for the injured prisoner.

MTAPD Arrest # 9073
NYPD Arrest # M06002101P, NYPD Fax # MO058956

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 | Page 7 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 09/15/2006 | 03:32:59 | D86418 | | FACE PHOTO OF PRISONER'S INJURIES |



# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

## Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 09/15/2006 | 03:33:36 | D86418 | | CLOSEUP FACE PHOTO OF PRISONER'S INJURY |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 | Page 9 of 13 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

## Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 09/15/2006 | 03:34:12 | D86418 | | PRISONER'S FRONT FACE PHOTO IN RMP |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 | Page 10 of 13 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

## Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 09/15/2006 | 03:35:56 | D86418 | | PRISONER'S LEFT FACE PROFILE |



# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

## Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 09/15/2006 | 03:36:52 | D86418 | | PRISONER'S RIGHT FACE PROFILE |

| Report Officer | Printed At | |
|---|---|---|
| M86596/MCDADE,DANIEL F | 01/24/2007 08:29 | Page 12 of 13 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
ORIG

### Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 09/15/2006 | 03:37:47 | D86418 | | PRISONER'S FRONT FACE PHOTO |

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
0001

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/13/2006
Nature of Call
ASSALT
Officer
GUIDO,DANIEL

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 06-12112 | 0001 | 09/13/2006 | 13:40 | 062560009 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| G86509/GUIDO,DANIEL | PATROL OFFICER | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment |
|---|---|---|
| PATROL OFFICER | G86509 | PATROL OFFICER |

| RMS Transfer | Prop Trans Stat | Transit ID | Org Nature of Call |
|---|---|---|---|
| Supplement transfer from browser has failed | Pending | NONE | 1013 |

| CTV | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| County of New York | R86170 | 09/17/2006 | 13:01:36 |

## Summary Narrative

Defendants property vouchered/defendant lodged in MCB.

## Property

| Item | Involvement | In Custody? | Tag No | Item No | Serial No |
|---|---|---|---|---|---|
| 1 | SAFEKEEPING | Yes | E4115 | 1 | SJUG1726FJ |

| Description | Typ | Cat | Article |
|---|---|---|---|
| Gray Motorola cell phone | A | CELLPHONE | PHONE |

| Brand | Model | NYSIBR Type | # Pieces |
|---|---|---|---|
| MOTOLA | RAZOR | OTHER PROPERTY | 1 |

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 2 | SAFEKEEPING | Yes | E4155 | 4 |

| Description | Typ | Cat |
|---|---|---|
| Borgota Hotel Card | A | PERSONAL PAPERS |

| Article | Brand | NYSIBR Type | # Pieces |
|---|---|---|---|
| CARD | HOTEL | PERSONAL PAPERS | 1 |

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 3 | SAFEKEEPING | Yes | E4115 | 5 |

| Description | Typ | Cat |
|---|---|---|
| Best Buy Reward Card | A | PERSONAL PAPERS |

| Article | NYSIBR Type | # Pieces |
|---|---|---|
| CARD | PERSONAL PAPERS | 1 |

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 4 | SAFEKEEPING | Yes | E4115 | 6 |

| Description | Typ | Cat |
|---|---|---|
| Business Card | A | PERSONAL PAPERS |

| Article | NYSIBR Type | # Pieces |
|---|---|---|
| CARD | PERSONAL PAPERS | 1 |

| Item | Involvement | In Custody? | Tag No | Item No | Serial No |
|---|---|---|---|---|---|
| 5 | SAFEKEEPING | Yes | E4115 | 2 | 4J544CGQTXL |

| Description | Typ |
|---|---|
| Black Apple Ipod 60 GB | A |

| Cat | Article | Brand | Model |
|---|---|---|---|
| RADIO,STEREO,CD/DVD PLAYER DEVICES ETC | IPOD | APPLE | IPOD |

| NYSIBR Type | # Pieces |
|---|---|
| STEREO EQUIPMENT/TV/RADIO | 1 |

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No 0001

| Item | Involvement | In Custody? | Tag No | Item No |
|---|---|---|---|---|
| 6 | SAFEKEEPING | Yes | E4155 | 3 |

| Description | Typ |
|---|---|
| White Head Phones | A |

| Cat | Article | Brand |
|---|---|---|
| RADIO,STEREO,CD/DVD PLAYER DEVICES ETC | H/PHON | APPLE |

| NYSIBR Type | # Pieces |
|---|---|
| STEREO EQUIPMENT/TV/RADIO | 1 |

## Modus Operandi

Crime Code(s)
ASSAULT

## Narrative

Defendant was released from Bellevue Hospital at 1059hrs. Defendant was concluded to be fit for confinement as per Dr. Johnston. Defendant lodged in MCB without further incident. Defendants personal property was vouchered for safekeeping.

| Report Officer | Printed At | |
|---|---|---|
| G86509/GUIDO,DANIEL | 01/24/2007 08:29 | Page 2 of 2 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
0002

345 MADISON AVENUE

9TH FLOOR

(212) 878-1000

Reported Date
09/14/2006
Nature of Call
ASSALT
Officer
GUIDO, DANIEL

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 06-12112 | 0002 | 09/14/2006 | 08:14 | 062560009 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | 4J | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| G86509/GUIDO, DANIEL | DISTRICT 4 A TOUR | ARONSON, ROBERT A |

| Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|
| DISTRICT 4 B TOUR | G86509 | DISTRICT 4 A TOUR | Supplement Transfer Complete |

| Property? | Transit ID | Org Nature of Call | CTV | Approving Officer |
|---|---|---|---|---|
| None | NONE | 1013 | County of New York | D86418 |

| Approval Date | Approval Time |
|---|---|
| 09/15/2006 | 03:19:50 |

## Summary Narrative

Prisoner removed from Manhattan Central Booking and brought back to Bellevue Hospital for further care/evaluation.

## Narrative

Unit advised by District #4 supervision at 1550 hours to respond to Manhattan Central Booking and remove prisoner to Bellevue Hospital. Dr. Johnston advised NYPD court personnel that they needed to administer further medical attention. Prisoner brought to Bellevue Hospital without incident.

| Report Officer | Printed At | |
|---|---|---|
| G86509/GUIDO, DANIEL | 01/24/2007 08:29 | Page 1 of 1 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

06-12112

Supplement No
0003

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/13/2006
Nature of Call
ASSAULT
Officer
RIKER,ERIC S

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 06-12112 | 0003 | 09/13/2006 | 16:40 | 062560009 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | ASSAULT | 1 PENN STATION |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| R86169/RIKER,ERIC S | PATROL LIEUTENANT | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|
| PATROL OFFICER | R86169 | PATROL LIEUTENANT | Supplement Transfer Complete |

| Transit ID | Org Nature of Call | CTV | Approving Officer | Approval Date |
|---|---|---|---|---|
| NONE | 1013 | County of New York | R86170 | 09/17/2006 |

| Approval Time |
|---|
| 13:02:24 |

## Summary Narrative

Bedside arraignment conducted at Bellevue Hospital.

## DISTRICT ATTORNEY 1: LAPORTE

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| DISTRICT ATTORNEY | 1 | GOVERNMENT | LAPORTE | 288856 |

| RMS Transfer |
|---|
| Successful |

| Employer/School | Position/Grade |
|---|---|
| NEW YORK CITY | JUDGE |

## Modus Operandi

| Crime Code(s) |
|---|
| ASSAULT |

## Narrative

On September 15, 2006 at 1430 hours a bedside arraignment was conducted for the Defendant, Stephan Bain, by Judge Laporte at Bellevue Hospital. The defendant was released on his own recognizance. Prisoner watch concluded.

| Report Officer | Printed At | |
|---|---|---|
| R86169/RIKER,ERIC S | 01/24/2007 08:29 | Page 1 of 1 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

**06-12112** Supplement No 0004

345 MADISON AVENUE

9TH FLOOR

(212)878-1000

Reported Date
09/20/2006
Nature of Call
ASSAULT
Officer
DEPOLA,JAMES

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 06-12112 | 0004 | 09/20/2006 | 09:33 | 062560009 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | ASSAULT | 30 PENN STATION |

| City | Rep Dist | County | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| MANHATTAN | MPST02 | MANHATTAN | NA | 09/13/2006 | 00:20 | 09/13/2006 | 00:28 |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| D86127/DEPOLA,JAMES | DETECTIVE DIVISION | ARONSON,ROBERT A |

| Assignment | Entered by | Assignment | Confidential |
|---|---|---|---|
| PATROL OFFICER | D86127 | DETECTIVE DIVISION | CONFIDENTIAL DETECTIVE REPORT |

| RMS Transfer | Transit ID | Org Nature of Call | CTV |
|---|---|---|---|
| Supplement Transfer Complete | NONE | 1013 | County of New York |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| R86128 | 10/03/2006 | 09:07:21 |

| NYSPIN CRIMINAL HISTORY CHECK MADE | NYSPIN - APPROPRIATE FILE MSG SENT |
|---|---|
| Yes | Yes |

## Summary Narrative

Assignment: Arrest Enhancement

Subject: Case Assignment

Case Status: Closed - Arrest Enhancement

## Modus Operandi

| Crime Code(s) |
|---|
| ASSAULT |

## Narrative

On Monday, September 18, 2006 I, Detective DePola was assigned to investigate MTA Incident #06-12112 under DD #06-00828.

The defendant was arrested on September 13, 2006 for assault, disorderly conduct and resisting arrest. An E-Justice Inquiry was conducted and revealed that the defendant has no prior arrest record. A copy of the E-Justice report is enclosed in this case folder. Also, a Tiburon check was also conducted and showed this defendant has had no prior contact with this command.

A file 13 has been sent regarding this arrest and a copy is enclosed in the case folder. No open cases within this command could be linked to this defendant and this case is closed as arrest enhancement.

Case Status: Closed - Arrest Enhancement (AE)

| Report Officer | Printed At | |
|---|---|---|
| D86127/DEPOLA,JAMES | 01/24/2007 08:29 | Page 1 of 1 |

Supervisor Signature

# Memorandum

Metropolitan Transportation Authority
State of New York

Date September 13, 2006

To Sergeant L. Dittrich, District 4

From Police Officer R. Aronson, District 4

Re PRISONER INJURY, CASE #06-12112

At approximately 0020 hours this date PO McDade #2020 and I observed the defendant, later identified as Stephen Bain, standing in the vicinity of Starbucks Coffee on the Exit Concourse shouting obscenities at members of the public who were standing in the area waiting for trains.

The defendant did approach and come into close physical contact with one unknown male and seemed to alarm the male. The defendant was advised by PO McDade that he should leave the station. The defendant became belligerent and did not immediately comply with the order to leave. PO McDade and I then physically approached the defendant and again advised him to leave, at which time the defendant did turn and began walking south on the Exit Concourse towards the stairway leading to the Amtrak level. Throughout this time the defendant continued to shout obscenities and act belligerent. Just prior to reaching the stairway the defendant did turn and began to walk in the direction from which he had come. At that time PO McDade advised the defendant that he was under arrest and reached for the defendant's arm. The defendant then began to run towards the stairway leading to track 17.

PO McDade and I pursued the defendant and caught him at the top of the stairway. PO McDade did grab the defendant's right arm at which time the defendant did twist his body violently and caused both himself and PO McDade to fall down the stairway, ending their fall on the landing approximately half way down to the platform. At that time PO McDade and I attempted to handcuff the defendant but he continued to violently resist. PO McDade did place one handcuff on the defendant's right wrist and the defendant exhibited great strength and continued to resist, preventing both officers from placing the other handcuff on his left wrist. At that time PO McDade broadcast a radio message requesting additional units to respond. We continued to attempt to handcuff the defendant's other wrist and the defendant did continue to struggle and violently twist his body and struck PO McDade several times with a closed fist. During this further struggle the defendant and PO McDade did fall down the remaining stairs to the platform level while the defendant was on top of PO McDade.

The defendant continued to successfully resist having his left wrist handcuffed and PO McDade deployed his department issued OC spray in an attempt to gain compliance from the defendant. At this time backup officers arrived and the defendant was successfully handcuffed. It became apparent to me at that time that both PO McDade and the defendant had sustained injuries as the result of the fall down the stairs from the concourse level to the platform, PO McDade showing signs of significant pain to his leg and the defendant indicating visible blood on his face.

The defendant was then transported to District 4 for processing.

Robert Aronson
Police Officer, shield #2300



Metropolitan Transportation Authority
POLICE DEPARTMENT
# PRISONER INJURY FORM

| Case # | Date of ocuurence: | Time of occurrence: | District : | IAB Control Number *(For IAB Use Only)* |
|---|---|---|---|---|
| 06-12112 | 9 / 13 / 2006 | 0020 | 4 | |

**NOTIFICATIONS:**

| | |
|---|---|
| District # 4 C.O. – Inspector Kevin King | IAB Lt. Hoban |

**INJURY INFORMATION:**

Injury Classification: [X] Pre-Apprehension [ ] During Apprehension [ ] While in Custody

Prisoner was: [X] Arrested [ ] Summons issued

| Prisoner's Name (Last, First, Middle Initial) | Date of Birth | |
|---|---|---|
| Bain, Stephen O. | 7 / 11 / 1977 | [ ] Male [X] Female<br>[X] Adult ☐ Juvenile |

| Street Address (City - State - Zip) | Phone | Work Telephone: |
|---|---|---|
| 119 Kelvin Avenue, Staten Island, NY 10306 | None | None |

| Nature of Injury | Photographs Taken: |
|---|---|
| Laceration to face and OC spray exposure. | [X] Yes No |

How Injury Occurred *(Be specific. Use reverse side if additional space is required) The defendant became involved in a physical altercation with another female due to having a dispute over a seat on train #1777.*

Subject did resist arrest and injury occurred during arrest process. Officer utilized department issued OC spray to the subject's face.

**TREATMENT INFORMATION:**

| EMT NAME | EMT Number: | Treatment provided: |
|---|---|---|
| Wallace | 6943 | Cleansing of laceration / flushed prisoner's face with water for OC spray exposure. |
| Bellevue Hospital | Treating Physician's Name | Diagnosis: Laceration to forehead / OC spray exposure. |

| Witness' Name (Last, First) | Address | City | State | Telephone # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**MEMBERS INVOLVED:**

| Member's Name (Last, First, Rank) | Employee No. | Shield No. | Member Injured | Force Used * |
|---|---|---|---|---|
| Aronson, Robert – Police Officer | 86402 | 2300 | ☐ Yes [X] No | [X] Yes No |
| McDade, Daniel – Police Officer | 86596 | 2020 | [X] Yes [ ] No | [X] Yes No |
| | | | ☐ Yes [ ] No | [ ] Yes No |

| | SIGNATURE | DATE | RECOMMENDATION |
|---|---|---|---|
| Supervisor | Sgt [signature] # 393 | 9 / 13 / 06 | ☐ Further Investigation |
| District/Unit Commanding Officer | [signature] | 9/13/06 | ☐ Further Investigation |
| Zone Inspector | [signature] | 9/25/06 | ☐ Further Investigation |
| IAB Commanding Officer | [signature] | 9/12/06 | ☐ Further Investigation |
| Deputy Chief of Operations | [signature] | 9/29/06 | ☐ Further Investigation |

*Members must follow Reporting Use of Force procedures if force is used.

MTAPD Form 36

# Memorandum

MTA
Metropolitan Transportation Authority
State of New York

**Date:** September 13, 2006

**To:** Kevin McConville, Chief of Department

**From:** Lee Dittrich, Sergeant – District # 4

**Re:** Custodial Injury (Incident # 06 - 12112)

**Injured Prisoner:**

Bain, Stephen O. – Male/White – 7/11/1977 – 119 Kelvin Avenue, Staten Island, NY 10306

**Members Involved:**

Police Officer Robert Aronson Shield # 2300, EIN # 86402, District # 4, Penn Station - Patrol.
Police Officer Daniel McDade Shield # 2020, EIN # 86596, District # 4, Penn Station - Patrol.

**Incident:**

Arrest of a male subject failing to comply with verbal and physical commands. Prisoner was physically resisting by flailing his arms and body prior to and after being handcuffed. Prisoner physically assaulted PO McDade resulting in physical injury consisting of severe pain and swelling to the officer's left ankle, left leg, and to his forehead. Department issued OC spray was utilized during the arrest process. Prisoner was emotionally disturbed and under the influence of drugs and/or alcohol and required the assistance of the NYPD Emergency Services Unit to safely subdue and restrain the violent prisoner.

**Investigative Findings:**

On 9/13/06 at approximately 0020 hours, PO McDade and PO Aronson did observe a male subject, later identified as Stephen Bain, shouting profanities in the 8th Avenue Concourse of Penn Station. Officers further observed the male subject aggressively approach a male subject not known to him and attempt to physically assault him. Officers initially approached the subject and advised him to depart the area. The subject was not compliant with the officer's request to depart the area. Upon approaching the subject again, the subject was advised that he was under arrest at which time he fled on foot away from the officers in the vicinity of track # 17. PO McDade and PO Aronson attempted to place the subject under arrest at which time the subject did resist by flailing his arms and body and intentionally shoving the officer. PO McDade and the subject fell down the stair case of track # 17 descending to the first landing of the stair case where the subject continued to physically resist and assault the officer with a closed fist. A physical struggle continued on the first stair case landing causing both PO McDade and the subject to fall down the second portion of the stair case onto the platform of

# Memorandum

Metropolitan Transportation Authority
State of New York

track # 17. PO McDade utilized his department issued OC spray on the subject as the subject was failing to comply with verbal commands and was continuing to physically resist. PO McDade transmitted an emergency request for assistance ("10-85") over his department radio. Upon arrival of assisting officers, the subject was physically subdued and successfully handcuffed.

PO McDade suffered injuries to his left ankle, left leg, and to his forehead. PO McDade complained of severe pain and immediate swelling was evident to his left ankle, left leg (below knee/shin), and forehead. PO McDade was unable to stand up on his own and unable to move his left leg. EMS was requested and responded to the platform of track # 17 to render aid to the injured member of service. PO McDade was removed to Bellevue Hospital by ambulance for further care and evaluation. Sgt. Richard Smith accompanied PO McDade in the ambulance to Bellevue Hospital.

The prisoner, Stephen Bain, was removed to District # 4 for processing. Upon placement into the District # 4 cell area, prisoner began to spit and flail his body striking himself on the floor, bench, and walls. Prisoner was handcuffed to the bench and ankle cuffs were placed to prevent further kicking. EMS was on scene in District # 4 at 0039 hours. NYPD Emergency Services Unit was requested for the violent prisoner whom was acting emotionally disturbed and/or under the influence of drugs and/or alcohol. NYPD Emergency Services Unit Truck # 1 responded to District # 4 at 0055 hours and flushed the prisoner's eyes with water for the OC spray exposure. They further subdued the prisoner with a restraining device. Prisoner was placed on a stretcher and removed to Bellevue Hospital by ambulance (ambulance # 08C, EMT # 6943) for further care and observation.

**Recommendation:**

The prisoner was acting violent and was continuing to physically resist before and after being handcuffed. The prisoner's injuries were received as a result of falling down a flight of stairs and OC spray exposure. PO McDade and PO Aronson utilized the appropriate level of physical force to subdue and arrest the resisting subject. Based on all information available, no further investigation is required.




Metropolitan Transportation Authority
POLICE DEPARTMENT
# USE OF FORCE FORM

Members must document all injuries to the subject and/or the Member in accordance with Aided Case, Prisoner Injury and Service-Related Injury procedures. For additional details refer to the Department Incident Report, Aided Information, Prisoner Injury Reporting Package and Service-Related Injury documents.

| Case No. | Date | Time | District | Location |
|---|---|---|---|---|
| 06-12112 | 9/13/06 | 0020 | 4 | PENN STATION |

Subject's Name: (Last - First - Middle Initial) BAIN, STEPHEN O.

Address: (Street - City - State - Zip Code) 119 KELVIN AVE, STATEN ISLAND, NY 10306

| Date of Birth | Height | Weight | | Home Telephone | Work Telephone |
|---|---|---|---|---|---|
| 7/11/77 | 5 Ft. 9 In. | 175 Lbs. | ☒ Male ☐ Female | ( ) | ( ) |

| MEMBERS INVOLVED (Name - Rank - Last - First - Middle Initial) | Shield # | Did Officer Use Force |
|---|---|---|
| 1. PO MCDADE, DANIEL | 2020 | ☒ Yes ☐ No |
| 2. PO ARONSON, ROBERT | 2300 | ☒ Yes ☐ No |
| 3. | | ☐ Yes ☐ No |

Each Member using force must prepare a Use of Force form for the conditions outlined in Manual Section 10-12 – Reporting Use of Force

1. Apparent Condition of Subject When First Observed ☐ Normal ☒ Agitated ☐ Emotionally Disturbed ☒ Alcohol/Drug Impaired
   ☐ Other (Describe):

2. Type of Resistance (check all that apply) ☒ Fleeing the Scene ☐ Deadly Force ☒ Verbal Non Compliance ☐ Verbal Threats/Gestures
   ☒ Physically Uncooperative (Resisting) ☒ Physical Assault
   ☐ Other (Describe):

3. Weapon(s) Used or Threatened Against Officer or Other Person: ☐ Knife ☐ Firearm ☐ Impact Weapon (Describe)
   ☐ Other (Describe):

4. Force Used to Control Subject: ☒ Verbal Command ☒ Physical Direction ☒ O/C Spray ☐ Impact Weapon ☐ Firearm
   ☐ Other (Describe):

5. Was Type of Force Effective? ☒ Yes ☐ No
   If yes, briefly describe: ABLE TO BE HANDCUFFED AFTER O.C. SPRAY UTILIZED

6. Was subject injured prior to Officer's Use of Force? ☒ Yes ☐ No
   If yes, briefly describe: LACERATIONS FROM FALL ON STAIRCASE.

7. Persons injured as a result of the incident
   Subject: ☒ Yes ☐ No If yes, describe injury:
   LACERATIONS TO FACE / OC SPRAY EXPOSURE
   Member(s): ☒ Yes ☐ No If yes, identify Member(s) and describe injury:
   PO McDADE - INJURY TO L. ANKLE, L. LEG, FOREHEAD.
   Other(s): ☐ Yes ☒ No If yes, identify person(s) and describe injury:

Prepared by: SGT DITTRICH Signature: [signature] Shield: 393

Reviewed by: Signature: Shield:




Metropolitan Transportation Authority
POLICE DEPARTMENT
PHYSICAL CONDITION OF DEFENDANT QUESTIONAIRE

INSTRUCTIONS:
Officers will prepare this form for all arrests, juvenile custodials, and all persons who are subsequently released or turned over to another command or jurisdiction.

*This form is not intended for field interview/stop and question incidents. The physical condition of subjects stopped and released after brief field interviews shall be recorded on the Stop and Question Worksheet (MTAPD Form- 33)*

| Case No. | Date | Time | District | Location |
|---|---|---|---|---|
| 06-1242 | 9/13/06 | 0045 hrs | 4 | Penn Station |

| Defendant/Respondent's Name | Date of Birth | Male / Female | Adult / Juvenile |
|---|---|---|---|
| Bain, Stephen Q. | 7/1/77 | X Male | X Adult |

| Address | Home Number | Work Number |
|---|---|---|
| 119 Kelvin Ave Staten Island, NY | | |

| Completed By | Shield Number |
|---|---|
| Sgt Dittrich | 393 |

Are you in good health? ☒ Yes ☐ No Do you have any injuries? ☒ Yes ☐ No

If yes, describe injuries: LACERATION TO FACE / OC SPRAY EXPOSURE

When, where and how did you receive these injuries? 9/13/06 @ 0020 - TR # 17 - PENN STA RESISTING ARREST.

* Officers must follow Prisoner Injury Reporting procedures and Aided Cases procedures for any prisoner injury

Have you been drinking any alcoholic beverages? ☒ Yes ☐ No If yes, when, what, and how much did you drink?

UNKNOWN

Do you use drugs? ☐ Yes ☐ No If yes, what drugs do you use?

UNABLE TO DETERMINE

When did you use these drugs last?

Do you need a doctor? ☒ Yes ☐ No If yes, why?

OC SPRAY EXPOSURE / LACERATION / EDP

**DEFENDANT**

I have read the above questions and I certify that the answers are mine and that they are true.

Signature of Defendant: VIOLENT - NOT PERMITTED TO SIGN Date: 9 / 13 / 06

**SUPERVISOR**

☒ Injury(s) was observed. Describe injury(s): BLEEDING TO FACE / UNKNOWN LOCATION OF LACERATION / OC SPRAY EXPOSURE

☐ No apparent injury(s) observed.

Signature of Supervisor: SGT [signature] # 393 Date: 9 / 13 / 06

* For any reported or apparent defendant injury, Supervisors must prepare a Prisoner Injury Form (MTAPD Form #26) and follow Section 9-04— Prisoner Injury Reporting.

MTAPD Form 25