Exhibit C

CC 2006-72

MTA PD – IAB
RECEIVED
2006 NOV 15 PM 12: 54

**Raymond F. King**
333 Philadelphia Avenue
Massapequa Park, NY 11762
Tel: (516) 799-2488
E-mail: rfgk46@hotmail.com
Licensed by the New York State Department of State

November 10, 2006

Deputy Chief John D'Agostino
Metropolitan Transit Authority Police Department
347 Madison Avenue 3rd Floor
New York, NY 10017

Re: Arrest of Stephen Bain

Dear Chief D'Agostino,

I am a licensed Private Investigator in the State of New York and I am transmitting this correspondence in the ordinary course of business pursuant to Article 7 of the General Business Law. I have been retained by Mr. Stephen Bain, 8 Neilson Street #D, New Brunswick, NJ 08901 and he has authorized me to lodge a complaint against the Metropolitan Transit Authority Police Department on his behalf.

The details of the complaint are as follows:

> On September 13, 2006, on or about 0025 hours, at Penn Station, New York, in the vicinity of the 33rd Street and Eighth Avenue exit / entrance, Mr. Stephen Bain, 8 Neilson Street #3, New Brunswick, New Jersey 08901, telephone # 347-752-0075 was arrested for Disorderly Conduct, Resisting Arrest and Assault 2° by Police Officer Robert Aronson, Shield #02300, Metropolitan Transit Authority Police Department. According to Mr. Bain, during the course of his arrest he was knocked unconscious by the police. He briefly regained consciousness and was told by one of the police officers 'Welcome back to reality.' He remembers being kicked in the head and the next time he regained consciousness he was at Bellevue Hospital, New York. Mr. Bain suffered physical / serious physical injury as a result of this arrest and was admitted to Bellevue Hospital for treatment of his injuries.

> A witness to the arrest, Mr. Dominick Tursi, 109 Reon Avenue, Staten Island, NY 10314, telephone # 718-490-6482, has informed me that Mr. Bain was taken into custody by four (4) male, white police officers (agency unknown). He was

removed in handcuffs, and in good condition, to a room which has been subsequently identified as Room #236 in Penn Station. I have been informed by the Station Master that Room #236 is an Arrest Processing Room for the Amtrak Police Department. The room has an Amtrak Police sign on the outermost door.

Mr. Bain's criminal case is still pending in Manhattan Criminal Court and as such he is represented by legal counsel. Any attempt to interview or contact Mr. Bain must be done through his attorney:

> Robert E. Brown, P.C.
> 30 Vesey Street 15th floor
> New York, NY 10007-2914

This matter is also being investigated by Inspector Lisa Shahade, Amtrak Police Department, telephone # 302-683-2028.

Upon receipt of this complaint please contact the undersigned and advise me as to the Complaint and / or Log Number(s) assigned to the case.

Thank you for your assistance.

Sincerely,

Raymond F. King