Exhibit E

165

| | | | | | |
|---|---|---|---|---|---|
| can't coo | | Tuesday September 12, 2006 "A" Tour can't COO: Green | | | |
| | 0727 | PO Brzykowski (Arcara PO) | 331 | OUT OF DISTRICT WITH PARTNER: Bonet, Michael | |
| | 0727 | PO Cardinali | 410 | OUT OF DISTRICT WITH PARTNER Fraser, Ritchie | |
| | 0730 | PO Guido | 251 | NAME: Marmara, Lynda  PHONE (718) 422-9042  ADDRESS 1 Indian Place NY NY 10031  DOB 11/16/62  EVENT # 06-12044  TYPE Aided | |
| 4152 | | | | | |
| 4152 | | | | | |
| 4249 | | | | | |
| P 4249 | 0745 | EMS (OREL) | 7674 | | |
| | 0754 | Marmara, Lynda | | OUT OF DISTRICT WITH EMS → St. Vincents Downtown | |
| | 1201 | Lt Rus, Sgt Heating | 26/208 | OFF POST RMP 4205 | |
| | 1400 | LT. LEOS, SGT. HENTUSAC | 24/24 | BACK ON POST | |
| | 1400 | PO Walsh | 2354 | OFF DUTY DIST # 6 | |
| | 1620 | PO Andruzzi | 2018 | NAME: Numan, Simon  PHONE (718) 327-6550  ADDRESS 11-33 Doughty Blvd Lawrence, NY 11559  DOB 03/25/66  EVENT # 06-12085  TYPE Aided | |
| ROSTER | | | | | |
| PHONE | 1720 | EMS (OTB) | 2411 | IN DISTRICT | |
| DOB 3/22/80 | 1735 | Numan, Simon | | OUT OF DISTRICT WITH EMS enroute to Roosevelt Hospital | |
| TYPE ARREST | | | | | |
| | | Tuesday September 12, 2006 "B" Tour COO: | | | |
| ROSTER | 1825 | Lt. Nutter | 12 | ON DUTY | |
| | 1825 | Sgt. Smith | 303 | ON DUTY | |
| PHONE | 1840 | PO Grant | 2093 | ON DUTY | |
| 543 | 1840 | PO Ferrara | 2406 | ON DUTY | |
| DOB 12/29/46 | 1840 | Sgt Dittrich | 393 | ON DUTY | |
| TYPE ARREST | 1845 | PO Reis | 2531 | IN DISTRICT WITH: NAME Rokhsar, Guity  655 616 600  PHONE (516) 829-2915  ADDRESS North Laurel Ave Great Neck NY 11021  DOB 9/29/50  EVENT # 06-12095  TYPE Aided | |
| | 1853 | EM (OTW) | 7674 | IN DISTRICT | |

166

| | | | | | |
|---|---|---|---|---|---|
| Con't | Tuesday | 9/13/06 | COD: Green | RD: 11/15 | Con't |
| 1900 | P.O. Aronson | 2300 | On Duty | | 25 EM |
| 1900 | P.O. Smith | 2565 | On Duty | | 30 Aide |
| 1900 | P.O. Fuentes | 2324 | On Duty | | 932 P.O. |
| 1900 | P.O. Savage | 2399 | On Duty | | |
| 1900 | P.O. Prego | 2280 | On Duty | | |
| 1900 | P.O. McDade | 2020 | On Duty | | |
| 1900 | P.O. Walls | 2405 | On Duty | | |
| 1900 | P.O. Milne | 2354 | On Duty | | 235 Vict |
| 1900 | P.O. Tully | 2080 | On Duty | | 000 P.O. |
| 1900 | P.O. Moore | 2175 | On Duty | | 009 Vict |
| 1900 | P.O. Kaiser | 2434 | On Duty | | 013 EMS |
| 1900 | Lt. Rios | 26 | Off Duty | | 032 Aron |
| 1900 | Sgt. Hertling | 308 | Off Duty | | |
| 1900 | Sgt. Costanza | 362 | Off Duty | | |
| 1920 | P.O. Guido | 2151 | Off Duty | | |
| 1920 | P.O. Rees | 2531 | Off Duty | | 039 EM |
| 1920 | P.O. O'Connor | 2538 | Off Duty | | 050 NYP |
| 1920 | P.O. McDonnell | 2522 | Off Duty | | P.O.'s |
| 1920 | P.O. Maddine | 2530 | Off Duty | | Sgt |
| 1920 | P.O. Urena | 2375 | Off Duty | | 0106 EMS |
| 1920 | P.O. Weingart | 2348 | Off Duty | | 2140 P.O.P. |
| 1920 | P.O. Soldano | 2489 | Off Duty | | 0600 Lt. |
| 1920 | P.O. Andreosi | 2018 | Off Duty | | 0600 Sgt. |
| 1920 | P.O. Hu | 2381 | Off Duty | | 0630 Sgt |
| 1920 | P.O. Bennett | 2550 | Off Duty | | 0700 LT. |
| 1920 | P.O. Pugliese | 2456 | Off Duty | | 0700 Ssl. |
| 1920 | P.O. Merkle | 2367 | Off Duty | | 0700 Sl. |
| 1920 | P.O. Wharton | 2351 | Off Duty | | WEI |
| 1920 | P.O. Bailey | 2301 | Off Duty | | 0700 RIK |
| 1920 | P.O. David | 2060 | Off Duty | | 0700 FA |
| 1920 | P.O. Giounone | 2326 | Off Duty | | 0700 HG |
| 1920 | P.O. Woessner | 2475 | Off Duty | | 0700 Cs |
| 1920 | P.O. Capolino | 2225 | Off Duty | | 0700 IA |
| 1920 | EMS/Aided Guity Rokhsar | | Out of District to St. Vincent's Downtown | | 0700 Mc / 0700 REI |
| 1920 | P.O. Moore/Aided In District | 2175 | | | 0700 MA / 0700 C / 0700 WI / 0700 UI |

NAME: FORDS, DARLENE  E PHONE
ADDRESS: 2450 Nostrand Av 3C
Bklyn, NY 11210  F. DOB
EVENT #: 12098  E. TYPE

167

D: 11/15 | Con't Tuesday 9/12/06 | COD: Green | RD: 11/15

| Time | Entry | # | Status |
|---|---|---|---|
| 1925 | EMS | | In District |
| 1930 | Aided | | Out of District |
| 1932 | P.O. Piwowarska | 2400 | NAME: MacKeviciene, Aldona  PHONE: ADDRESS: 4211 Sea Gak Ave, Bklyn, NY 11224  DOB: 1/17/55  EVENT #: 12099  TYPE: Arrest |
| 1935 | Victim in Dist. | | Hu, Jie |
| 2000 | P.O. Interdonati | 2481 | On Duty |
| 2009 | Victim out of Dist. | | Hu, Jie |
| 2013 | EMS/Arrest | | Out of District |
| 0032 | Aronson/Interdonati in District | 2300/2481 | NAME: BAIN, STEPHEN  PHONE: ADDRESS: 119 Kelvin Ave, Staten Island  DOB: 7/11/77  EVENT #: 12112  TYPE: |
| 0039 | EMS # 08C | | In District |
| 0050 | NYPD ESU | | In District |
| | P.O.'s Perez/Wendler | 2060/2802 | |
| | Sgt. Glaudino | 744 | |
| 0106 | EMS/Perp/ESU | | Out of District |
| 0140 | P.O. Piwowarska/Moore | 2400/2175 | Back in District w/ arrest |
| 0600 | Lt. Farrell | 33 | subject |
| 0600 | Sgt. Csizmadia | 300 | on duty |
| 0630 | Sgt. Hertling | 308 | On duty |
| 0700 | LT. Nutter | 12 | off out |
| 0700 | SSgt. Smith | 303 | off Duty |
| 0700 | SJ. Dittrich | 343 | off Duty |
| | WEDNESDAY | 9/13/2006 | ORANGE  RD: 11/1/06 |
| 0700 | RIKER, E | 27 | ON Duty |
| 0700 | FARRELL, K | 33 | ON Duty |
| 0700 | HERTLING, D | 308 | ON Duty |
| 0700 | CSIZMADIA, A | 300 | ON Duty |
| 0700 | IANNUCCI, P | 2010 | ON Duty |
| 0700 | McDONNELL, J | 2522 | ON Duty |
| 0700 | REES, MICHAEL | 2531 | ON Duty |

trict to Downtown

168 CONT. **WEDNESDAY 9/13/06**  COD: ORANGE  RD: 11/1/06

| Time | Name | Shield | Comments |
|---|---|---|---|
| 0700 | P.O. FERRARA, A | 2406 | Off Duty |
| 0700 | P.O. GRANT | 2093 | Off Duty |
| 0700 | P.O. GUARDINO, S | 2226 | On Duty |
| 0700 | P.O. BAILEY, Y | 2301 | On Duty |
| 0700 | P.O. GIANNONE, I | 2326 | On Duty |
| 0700 | P.O. GUIDO, D | 2151 | On Duty |
| 0700 | P.O. HU, JEFF | 2381 | On Duty |
| 0700 | P.O. BENNETT, DARREN | 2550 | On Duty |
| 0700 | P.O. WALSH, K | 2359 | On Duty |
| 0700 | P.O. RUISI, P | 2383 | On Duty |
| 0700 | P.O. PERRONE, N | 2453 | On Duty |
| 0700 | P.O. SILVA, B | 2464 | On Duty |
| 0720 | P.O. SMITH, LEN | 2565 | Off Duty |
| 0720 | P.O. FUENTES, R | 2324 | Off Duty |
| 0720 | P.O. SAVAGE, R | 2399 | Off Duty |
| 0720 | P.O. PREGO, J | 2280 | Off Duty |
| 0720 | P.O. McDADE, D | 2020 | Off Duty |
| 0720 | P.O. WALLS, L | 2405 | Off Duty |
| 0720 | P.O. MILNE, G | 2354 | Off Duty |
| 0720 | P.O. MOORE, ERIC | 2175 | Off Duty |
| 0720 | P.O. KAISER, JOHN | 2434 | Off Duty |
| 0700 | RMP 4249 | 2383/2359 | 4 DAVID SECTOR |
| 0755 | RMP 4153 | 2151/2326 | 61 PER 4 SUPERVISION |
| 0700 | RMP 4137 | 2381/2550 | 4 ADAM SECTOR /2ODWY |
| 0830 | PO Silva | 2464 | On Duty |
| 0839 | RMP 4243 | 2226/2324 | 61 PER 4 SUPERVISION |
| 0930 | P.O. TULLY | 2090 | Off Duty |
| 0930 | P.O. INTERDONATI | 2481 | Off Duty |
| 0950 | In District w/ Aided PO Livera | 2375 | |
| 1015 | Aided Departed District | | |

(right column, partial:)
- Wedne... 1220 P.O. A
- 1220 P.O.
- 1600 P.O.
- 1609 PO IAN
- 1619
- Wed...
- 1840 Sgt...
- 1840 Sgt...
- 1900 P.O. Fu
- 1900 P.O. R
- 1900 P.O. S
- 1900 P.O. P
- 1900 P.O. V
- 1900 P.O.
- 1900 P.O. T
- 1900 P.O. K
- 1900 P.O.
- 1900 P.O. K
- 1900 P.O.
- 1900 P.O.
- 1900 P.O.
- 1900 P.O.
- 1900 P.O.
- 1905 P.O. U
- 1900 Lt.
- 1900 Lt.
- 1900 Sgt.
- 1900 Sgt.
- 1920 P.O.
- 1920 P.O.
- 1920 P.O.
- 1920 P.O.
- 1920 P.O.
- 1920 P.O.

(inset box:)
NAME ...  PHONE (516)501-0...
ADDRESS ... Wheatley Rd, Old Westbury, NY 11568   DOB 6/15/56
EVENT # CO-12128   TYPE Aided
Enroute to St. Vincents downtown

## MTA Police Department - Daily Deployment

**Date:** Wednesday, September 13, 200 **Call #:** **Tour:** A **District:** 4
**COD:** Orange ☑ In CAD **Return Date:** Wednesday, November 01, 2006

### Supervisors

| Post | Officer | Meal / RMP/ Detail | OT |
|---|---|---|---|
| 4LT01 - Penn Lt | Riker, Eric - 86169 - Lieutenant - 27 | | ☐ |
| 4LT02 - Penn Lt | Farrell, Kevin - 86080 - Lieutenant - 33 | | ☐ |
| 4SG01 - Penn Sgt | Hertling, David - 86439 - Sergeant - 308 | | ☐ |
| 4SG02 - Penn Sgt | Csizmadia, Andre - 86194 - Sergeant - 300 | | ☐ |

**Notes:** Post Conditions, Officers Off, Etc.

DS - Merrick
LD - Patterson ( CI )
Swap - Giannone for Shilfer
UB - David

### Officers

| Post | Officer | Meal / RMP/ Detail | OT |
|---|---|---|---|
| 4BASE - Penn Base | Iannucci, Peter - 86511 - Police Officer - 2010 | 13 | ☐ |
| 4G01 - Penn MWR | McDonnell, Sean - 103195 - PPO - 2522 | 12 | ☐ |
| 4I01 - Penn Tkts | Rees, Michael - 03223 - PPO - 2531 | 12 | ☐ |
| 4I02 - Penn 34TH | Maddine, Kevin - 03189 - PPO - 2530 | 13 | ☐ |
| 4I04 - Penn Tkts | Capolino, Michael - 86538 - Police Officer - 2225 | 14 | ☐ |
| 4H01 - Penn 7TH Ave | Weingart, Raymond - 86531 - Police Officer - 2348 | 13 | ☐ |
| 4J01 - Penn 8TH Ave | Urena, Gustavo - 86484 - Police Officer - 2375 | 14 | ☐ |
| 4K01 - Penn Plats | Guardino, Stephen - 86508 - Police Officer - 2226 | 14/ 4B 13 | ☐ |
| 4K02 - Penn Plats | Bailey, Yvette - 86403 - Police Officer - 2301 | 12/ 4J 14 | ☐ |
| 4E01 - Penn Perim | Giannone, Ida - 86431 - Police Officer - 2326 | 13/ 4G 12 | ☐ |
| 4F01 - Penn Roving | Guido, Daniel - 86509 - Police Officer - 2151 | 12/ 34th 13 | ☐ |
| | | 1 | ☐ |
| 4A01 - 2 Bwy | Hu, Jeffrey - 86540 - Police Officer - 2381 | | ☐ |
| 4A01 - 2 Bwy | Bennett, Darren - PPO - 103216 - 2550 | | ☐ |
| 4D01 - WSY | Walsh, Kevin - 86529 - Police Officer - 2359 | | ☐ |
| 4D01 - WSY | Ruisi, Peter - 86545 - Police Officer - 2383 | | ☐ |
| 4TP01 - Penn - TP | Perrone, Nicholas - 86647 - Police Officer - 2453 | | ☐ |
| 4TP01 - Penn - TP | Silva, Burt A. - 86658 - Police Officer - 2464 | | ☐ |

MTA POLICE DEPARTMENT

01/23/2007 13:34 FAX 12127361221   PENN STATION   → IAB   ☒003

## MTA Police Department - Daily Deployment

Date: Wednesday, September 13, 200[6]   Call #:   Tour: B   District: 4
COD: Orange   ☑ In CAD   Return Date: Wednesday, November 15, 2006

### Supervisors

| Unit | Officer | Meal / RMP / Detail | OT |
|---|---|---|---|
| 4SG01 - Penn Sgt | Dittrich, Lee - 86418 - Sergeant - 393 | | |
| 4SG02 - Penn Sgt | Jagiello, Daniel - 86445 - Sergeant - 432 | | |
| 4SG03 - Penn Sgt | Kinahan, Brian - 86355 - Sergeant - 433 | | |

### Officers

| Unit | Officer | Meal / RMP / Detail | OT |
|---|---|---|---|
| 4G01 - Penn MWR | Fuentes, Raymond - 86429 - Police Officer - 2324 | 2400 | |
| 4I01 - Penn Tkts | Riedel, Patrick T. - 86653 - Police Officer - 2459 | 2400 | |
| 4I04 - Penn Tkts | Sicinski, Michael - 03203 - PPO - 2539 | 2400 | |
| 4I02 - Penn 34TH | Piwowarska, Ewa - 86583 - Police Officer - 2400 | 2400 | |
| 4I03 - Penn 34TH | Vollas, Vasilios - 86688 - Police Officer - 2492 | 0200 | |
| 4BASE - Penn Base | Savage, Robert E. - 86585 - Police Officer - 2399 | 2400 | |
| 4D01 - WSY | Tully, Michael - 86528 - Police Officer - 2090 | 4Base @ 2400 | |
| 4D01 - WSY | Milne, Glenn James - 86462 - Police Officer - 2354 | 4G @ 2400 | |
| 4J01 - Penn 8TH Ave | Winding, David J. - 86669 - Police Officer - 2474 | 2400 | |
| 4J02 - Penn 8TH Ave | Romaniello, Jason - 03192 - PPO - 2152 | 2400 | |
| 4H01 - Penn 7TH Ave | Sokira, James - 86659 - Police Officer - 2465 | 0200/ 4 tick 2400 | |
| 4K01 - Penn Plats | Moore, Eric - 86162 - Police Officer - 2175 | 0200/4J@2400 | |
| 4K01 - Penn Plats | Smikle - PPO | 0200/4J@2400 | |
| 4F01 - Penn Roving | Aronson, Robert - 86402 - Police Officer - 2300 | Hosp watch | |
| 4F01 - Penn Roving | Bergstein, David - 103286 - PPO - 2566 | Hosp watch | |

**Notes:** Post Conditions, Officers Off, Etc.

McDade - LOD

FTO Winding - Romaniello
FTO Riedel - Slicinski
FTO Aronson - PPO Bergstein
FTO Moore - PPO Smikle

PO Aronson - 8 hour rule - SI TVB
PO Piwowarski - 8 hour rule - arrest
Sgt Dittrich - Arrest in Dist 2

MTA POLICE DEPARTMENT