Exhibit F

JAN-03-2007  14:46    TRANSCARE AMBULANCE    7182091381    P.02/03

**Basic Life Support**
**VOLUNTARY HOSPITAL**

NYC 911 SYSTEM PROVIDER
PATIENT CALL REPORT

7142103

CHIEF COMPLAINT: "He went berserk + fought cops"

LAST NAME: BRIN    FIRST NAME: STEPHEN    APPROX. WEIGHT: 175

STREET ADDRESS: 119 KIGLWN AVE    AGE: 29

CITY: STATEN ISLAND    STATE: NY    ZIP: 0306

MECHANISM OF INJURY: Mace

PRESERVING PROBLEMS: drug

Exhibit G



Date/Time Opened    6/11/06 - 1840hrs

Date/Time Closed

Issued To    LT Nuffer    Sh#    12

Issued By    Sh#

Region    EASTERN

Assignment    Penn - B TOUR

Received By

**PRINT IN BLOCK LETTERS.**

347 Madison Avenue
New York, NY 10017-3739

T8924 - 1



9/11/06

0600 - Station Clear
re-open Station
0700 - end of tour (rm)

Monday - Sept. 11, 2006
Tour - 1840 - 0700
HQS - Penn - Co. Yellow
1840 - on duty -
2200 - Penn
0120 - mwr
0245 - mwr
0500 - Penn
0700 - end of tour

Tuesday - September 12, 2006
Tour 1840 - 0700
HQS - Penn - Co - Green
1840 - on duty - Penn
1935 - 1 F/w in district w/Po
Puwowarska. Arrest for
Att Robbery - Sgt Dittrick
to handle.
Case 06 - 12099.
2100 - 2 unattended bags
on Stairs platform 20-21
owner at location.
2350 - Penn

MTA Police Department
18924-29



0500 - Penn
0700 - End of tour (26)

W/T/F/S - 9/13-14-15-16/06
- RDO's

Sunday - September 17, 2006
TOUR - 1840 - 0700
HQS - Penn - Cod Yellow
1840 - on duty
2000 - Penn
2300 - Penn
0120 - MWR
0400 - Penn
0700 - Penn - off duty (26)

Monday - September 18, 2006
TOUR - 1840 - 0700
HQS - Penn - Cod Green
1840 - on duty
2000 - Penn
2330 - Penn
0240 - MWR
0500 - Penn
0700 - end of Tour (26)

**MTA Police Department**
18924-30

Date/Time Opened    09/05/06

Date/Time Closed

Issued To  PO Prego          Sh#  2280

Issued By  LT Nutter         Sh#  12

Region  Eastern 2nd, Dist 4

Assignment  Penn

Received By

**PRINT IN BLOCK LETTERS.**



347 Madison Avenue
New York, NY 10017-3739

18830-1



Meal:
1900 Present for Duty @ Ruw
1902 on Post 4G
1944 Sgt [illegible] # 393 INSP
2000 on Post 4G
2100 on Post 4G
2200 on Post 4G
2300 on Post 4G
2310 [illegible] Sgt [illegible] # 307
Sgt [illegible]
2400 X 0100 on/off meal
0200 on Post 4G
0232 - Main Gate - Sgt Mutter 12
0255 2 Criminal Sum Issued
- Crim Sum # 424011732-0
- Crim Sum # 424011733-1
Case # 06-12046
0400 on Post
0500 on Post
0600 on Post
0720 ECT PC Pray

Tues 09/12/06
Tour 1900 X 0720
CO. D. Green Ret D. 11/15/06
Roll Call by: Sgt Ditrict
Assignment 4DOB

MTA Police Department
18830 - 3

w/ PO McDade 2020
RMP 4152
Start miles:
End miles:
1915 In Service
Full tear R
1940 Vtl Stop E/B 23rd St
F/O # 245 E/O 8th Ave
No turn Signal
Issue Summ # 4240/1095-6
Po McDade Issued
1956 Summons Served 96x1
Resume Patrol
2030 Sec check PSSCC
2047 Sec check Complete
2100 on Post w/s/y
2147x 2210 Sec check w/ty
2300 on Post w/ s/y
2335 Enrout back to
Penn Station for Reliefs
2350 Arrive Penn Sta
2400x
0028 Assisted 4D
Call for Assistance
Track 17 West End
Case # 12112
0200x 0300 on/off meal

MTA Police Department
18830 4



0400 on Post
0500 on Post
0600 on Post
0720 EOT PO Pugn 2280

Wed 9/13/06
Thur 9/14/06
Fri 9/15/06
SAT 9/16/06

SUN 9/17/06
Tour 1900 X 0720
TOD Yellow / RTD 11/25/06
Roll Call by Sgt Smith
Assignment: 4703B
Meal 0200
W PO Esterow
1900 Present for Duty Run
1915 on Post 4703
2000 on Post
2100 on Post
2200 on Post
2300 on Post
2340 [3?] on Post [30]
Sgt [signature]
0400 on Post
0100 on Post

MTA Police Department
18830- 5

Date/Time Opened _JULY 25, 2006      2000_

Date/Time Closed

Issued To _SGT R. Smith_     Sh# _303_

Issued By                              Sh#

Region _Eastern_

Assignment _Penn Station "B" Tour_

Received By

**PRINT IN BLOCK LETTERS.**



347 Madison Avenue
New York, NY 10017-3739

18793- 1



Tuesday 12th Sept 06
Tour of Duty 1840 X 0700
Dist # 4   Penn   STA.
Weath Cloudy Cool grea
SRO   11/15/06
1840 On Duty At Penn
Station Assign 486028
19a Roll Call
Works Plai Cloth wel
P. Kaio # 2437
2337 P. Kmm Issu
Sum # Quaront, Patrick A
3670 Fall Law
Bethpg N.Y 11714
Com # 12107
Unauthe Commen
Activity.
2357 Aria Int
Plat 18/17 Staren
Com # 12107
0028. Assist Necht
At W/E Trak # 17
Rspn. M/usn Arrest
toh L Prost Com # 12111
0115 Beller Work
wit P. McDad
In Sum



02u    Bellevu Hosph
03u    Bellevu Hosph
04u    Bellevu Hosph
0545   Pen Statn
       Ca K 1212
07a    End of Tour #30
       [signature]

       Wen 13th Sept thru
       16th u Sept 06
       [signature] #303

       Sunday 17th Sept 06
       Tour of Duty 1840 x 07u
       Dist #4    Penn STA
       Weather cloudy  Cool yellow
       SM   11/22/06
1840   On Duty At Penn
       Statn Assig 4560JB
19u    Rell Coy
2ou    Penn BAT
21u    Patn
230u   Exit Conca
   51& P. Piwowarska
2320   Ticket Winn
   51& P. CcA

MTA Police Department

Date/Time Opened   8-15-06   1840

Date/Time Closed   10-22-06   0100

Issued To   Sgt. L. Dittrich   Sh# 393

Issued By   LT Nutter   Sh# #12

Region   Eastern

Assignment   Patrol - District #4

Received By   Sgt. _____

**PRINT IN BLOCK LETTERS.**



347 Madison Avenue
New York, NY 10017-3739

18808- 1



2215 P.O. LEE # 2437 INSP —
4H01B @ WINDOWS — NO EXC
2221 P.O. ARONSON # 2300 INSP —
4I02B @ 34 ST ENT — NO EXC
2222 P.P.O. SMITH # 2565 INSP
4I03B @ 34 ST ENT — NO EXC
2236 P.O. WALLS # 2405 INSP
4J01B @ 8 AVE CONC — NO EXC
2300  8TH AVE CONCOURSE —
0001  8TH AVE CONCOURSE —
0021 P.O. FUENTES # 2324 INSP
4D01B @ MAIN GATE — NO EXC
0120 Q.O.L. — M.W.R.
0200 ADMIN @ DISTRICT
0300 MAIN GATE
0349 P.O. GAWRONSKI # 2436 INSP
4E04B @ WINDOWS — NO EXC
0400 MAIN GATE
0500 ADMIN @ DISTRICT
0600 MAIN GATE
0700 OFF DUTY — PENN STATION
SGT _____ # 393

TUE 9/12/06  1840 × 0700
DISTRICT # 4 — PENN STATION
ASSIGNMENT : 4 SGT 01 B
COLOR OF DAY : GREEN
SUPV LT. NUTTER ; ADDL SMITH

**MTA Police Department**
18808-21



WEATHER: CLEAR & DRY
1840 ON DUTY - PENN STATION
1903 ROLL CALL
1930 ADMIN @ DISTRICT
1940 ADMIN @ DISTRICT RE:
ARREST BY P.O. PIWOWARSKA #2400 -
INC # 06-12099 FOR ROBBERY 3°
2000 @ DIST # 4 TAKING STATEMENT
FROM C/V: HU, JIE F/A 2/8/58
2013 PRISONER (MACKEVICIENE,
ALDONA - F/W 7/17/55) REMOVED
FROM DISTRICT BY EMS FOR INJURY.
2100 ADMIN RE: # 06-12099
CUSTODIAL INJURY PACKAGE
2200 ADMIN @ DISTRICT
2300 ADMIN @ DISTRICT
2345 MEAL @ DISTRICT
0025 RESPONDED TO TRACK #17
FOR 10-85 BY P.O. MCDADE #2020
AND P.O. ARONSON #2300
0045 @ DISTRICT RE: ARREST -
INC # 06-12112 - EDP PRISONER
NYPD ESU REQUESTED
0055 NYPD ESU @ DISTRICT
INJURED M.O.S. - P.O. MCDADE
BOTH ENROUTE TO BELLEVUE HOSPITAL
0200 ADMIN RE: # 06-12112
0300 ADMIN @ DISTRICT

**MTA Police Department**
**18808-22**

0400 ADMIN @ DISTRICT ———
0500 ADMIN @ DISTRICT ———
0600 ADMIN @ DISTRICT ———
0700 OFF DUTY — PENN STA
SGT ___ # 393

WED 9/13/06   1840 × 0700
DISTRICT # 2 — GARDEN CITY
ASSIGNMENT   2 SGT 01 B
WEATHER  CLOUDY & DRY
1730 OFF DUTY EN ROUTE TO
DISTRICT # 4 FOR 1840 START
DID OBS. VERBAL DISPUTE SOUTH SIDE
GARDEN CITY STA — M/B ENTERED
TAXI OFFICE & EXIT W/ 13" KNIFE
1735 1 UNDER — RODWAY EURIE G
M/B 3/18/47 OF 772 DALE PL,
UNIONDALE FOR CPW 4° MENACING 2°,
RESISTING ARREST, & DIS. CON. ———
C/V: MACKLIN, JAMES M/B 8/4/53
OF 114 ELK ST, WYANDANCH ———
1805 ADMIN @ DISTRICT # 2
RE: ARREST ; INC # 06 — 12144
1900 ADMIN @ DISTRICT # 2
2000 ADMIN @ DISTRICT # 2
2105 PRISONER OUT OF DIST # 2
TO NCMC FOR DIABETIC CONDITION
+ MINOR ABRASIONS — R. ANKLE + R. ELBOW

MTA Police Department
18808-23

| | | |
|---|---|---|
| Date/Time Opened | 7/8/06 · 1900 | |
| Date/Time Closed | | |
| Issued To | P.O. · INTI-RDONATI | Sh# 2481 |
| Issued By | LT. C. PEDOTY | Sh# 43. |
| Region | EASTERN. | |
| Assignment | DISTRICT 4 / PATROL. | |
| Received By | | |

**PRINT IN BLOCK LETTERS.**

POLICE
METROPOLITAN TRANSPORTATION
AUTHORITY
NEW YORK STATE

347 Madison Avenue
New York, NY 10017-3739



Mon Sept 11, 2006 - 1900x0700
HQ Penn - Dist. Y        COD - Yllw
Tour LT /Sgt          SRD - 11/10/06
Supv - Nutter/Smith /Whtfld
1900 - present for duty @ Penn
Roll Call Assigned Post
w/ 0700 meal
1910 - on post Windows
2000 - Windows NTR
2100 - Windows NTR
2200 - Windows NTR
2214 Sgt. Whtte #393 INSP
2300 - Windows NTR
0020 - Windows NTR
0050 - Tickets - Lt Nutter 12
0100 Tickt Win #39

0410 - meal - Y base
0200 - off meal
0300 - Windows NTR
0400 - Windows NTR
0500 - Windows NTR
0600 - Windows NTR
0720 - End of Tour
PO Wittle 248

Tues Sept 12, 2006 - 1900x0600
HQ Penn - Dist Y   COD-green

MTA Police Department

Staten Island 10306

DOB - 7/11/77

5'9" - HAZEL

Supv nutter/trott/altrich SRD
2000 - present for duty @ Penn
Assigned 4T03 w/ 2400
2010 - on post 34th/7th
2100 - 34th/7th Ave
2200 - 34th/7th Ave
2300 - 34th/7th Ave
2400 - 34th/7th Post
0035 - Assist PD McDade
w/th 10-85 Platform 17
West end
0110 - Enroute Bellvue Hosp.
w/ Barry, Stephen O
DOB - 7/11/79
0220 - 84 - Bellvue
0200 - relieved by ricardo Taveras
0530 - End

Sat Sept 16, 2006 - 1900 XO220
Blenn - DIST Y      COD - ORANGE
Tour - 567
SUPV - Kinnhan      SRD - 11/15/06
1900 - present for duty @ Penn
Roll call Assigned 4T01
w/ 2400 meal
1910 - on post windows
2000 - Windows NTR

MTA Police Department

Date/Time Opened  8/16/06        1900

Date/Time Closed  11/03/06       0700

Issued To  PO. L Smith          Sh# 2565

Issued By  SGT R Smith          Sh# 303

Region

Assignment  Field Training Penn Station

Received By

**PRINT IN BLOCK LETTERS.**



347 Madison Avenue
New York, NY 10017-3739

18809- 1

SUPERVISORS: LT NUTTER, SGT Smith, SGT Deitrich, SGT Whitfield

1900: ON DUTY DISTRICT 4

1901: ON POST 34th ST ENTRANCE

2000: ON POST 34th ST ENTRANCE

2100: ON POST 34th ST ENTRANCE

2200: ON POST 34th ST ENTRANCE

2222 SGT White #393 INSP

2300: ON POST 34th ST ENTRANCE

2340 - 34th ST — LT Nutter 12

2400: IN POST 34th ST ENTRANCE

0100: ON POST 34th ST ENTRANCE

0200: MEAL AT DISTRICT 4

0300: OFF POST MEAL

0330: ON POST 34th ST ENTRANCE

0430: ON POST 34th ST ENTRANCE

0530: ON POST 34th ST ENTRANCE

0630: ON POST 34th ST ENTRANCE

0720: OFF DUTY DISTRICT 4

PO Smith SHIELD 2565

TUESDAY SEPT 12, 2006

TOUR 1700 to 0720

POST 4 I 04    MEAL 0200

C/O/D Green    P/D 11/15/06

SUPERVISORS: LT NUTTER, SGT SMITH, SGT DITTRICH

1800: ON DUTY DISTRICT 4

1915: ON POST TICKET WINDOWS

2000: ON POST TICKET WINDOWS

MTA Police Department
18809-13

2017 — Ticket Windows — H Muth 12

2047: Escort one white Female out of Tracks
Bar upon Request of Management. Female
left with out incident.

2200: on Post Ticket windows

2300: on Post TICKET WINDOWS

2400: on Post TICKET WINDOWS

0028: Responded to 10-85 TRACK 17 Assisted
in CUFFING Prison. CASE# 06-12112

0040: Escorted Prison Back to District 4

0045: off Post in District to Assist with
Arrest Paperwork.

0300: on MEAL DISTRICT 4

0400: off MEAL

0410: in District 4 FOR TRAINING

0720: off Duty AT District 4
    P.O Arnett Shield 2565

WED    SEPT 13 2006 RDO

THURSDAY SEPT 14 2006
TOUR    1900 X 0720
POST    6 D RMP 522
OD Green        R/D 11/8/06
Supervisor : Sgt Cirillo
1900: on Duty Hastings District 6
1935: in Service RMP 522 Mileage 45585

**MTA Police Department**

## 18809-14

Date/Time Opened  01/17/06 @ 0800

Date/Time Closed

Issued To  McDADE                    Sh# 2020

Issued By  H E RC                     Sh# 27

Region  EAST

Assignment

Received By  PO McDADE

**PRINT IN BLOCK LETTERS.**



347 Madison Avenue
New York, NY 10017-3739

27013- 1



TUES-04/12/06    Tour 1900 TO 0710
Assignment-Perm-D-4
LED: Green    Weather-Clear
1400-Arried for duty AD-4
1401-Roll Call-Sgt. Diffich
Assigned-4-D-01-B - RMP:4152
1910-RMP Check-Sn: 68,298
Fuel=Full
1920- In Service-4-D-01-B
1940-Utl Stop- E/B W. 23rd ST
F/O #245-E/B 8th Aur - No
Turn signal-1-lane change X1
in E/b RMP. NJ Reg # ULG GBY
NYCID # 314 088 548 - NYSPMV(E)
Summons # 4240110 95-6
VTL-1163(a)
1950-Summons Served X 1
Resume Patrol—
2030-Sec Transp - PSCC
2047-Resume Patrol-NTR
2100-on Post - w/1514
2147-Sec Transp - w/1514
2210-Resume Patrol-NTR
2300-on Post-w/1514
2335-Enroute-D-4
2350-Carrage @4-5-Post



0820- Observed subs telling "Fuck
you" "Mother Fuckers" while
approaching. Numerous occupants.
Deft reg. to ccus + disist - Refused.
PO Aronson/Asst. to handcuff
subs. Subs. Refused- Fighting
w/ AND AT PO Aronson
-Requested ADD units to location
subs- Fought cuffing self +
EMT to Full Down stairs to
Mut. Resp. Grabbed cell phone
and threw on Truck Area
Discharged OC spray - But
Not Effected - Add. units
on scene Arrested subs-
subs ID as- Stephen Bain
4-Sgt. Reqd EMS for Injuries
To Left. Leg- AWAIT-EMS On Scene.
0045- EN Route w/ 4-Sgt. In
Bus #08N- To Bellevue
Hospital-LOD INJURY
Case #06-12112- Details in
Case Report- R/O= PO Aronson
0600-D/A-O/O/S-
04/15/06 → 04/21/06-LOR -D/A
PO Daniel M. Dulle #2020

MTA Police Department

Monday September 11, 2006 RDO

Tuesday September 12, 2006
Assigned District - 4
Assigned Post - 4-F-2
Turn Supervisor - Lt. Nutter/Sgt. Oates/Sgt. Smith
Color Green    Return 11/15/06
Meal - 0200
Weather Clear/Dry 75°
Turn 1900-0720.
1900- on Duty - Roll Call S49 District
1920- on Post 4-J-2
2055 Comm. 4-6-01 - Re assigned 4-6-1
2002- Main Gate- Lt/Nutter ro
2100- on Post 4-6-1
2200- on Dist- 4-6-1
2300- on Post 4-6-1
2400- on Meal
0025- Response to track # 17 to assist
NYPD's calling for additional units for
assistance bringing in a perpetrator to District
0100-0115 - Along with Port Authority DA on site escorted
one white male perp. to Bellevue
0200- on Post Bellevue
0300- on Post, Bellevue
0400- on Post. Bellevue

**MTA Police Department**

# 24732-45

P.O.
Tully
2090



Date/Time Opened _7/4/06_ _1900HLJ_

Date/Time Closed _9/27/06_ _0720_

Issued To _PO ARonSon_     Sh# _2300_

Issued By _LT NuHer_     Sh# _L2_

Region _EAST_

Assignment _PATRoL ;DISTRICT 4_

Received By _P.O._

**PRINT IN BLOCK LETTERS.**



**347 Madison Avenue**
**New York, NY 10017-3739**

27008- 1



0330 OFFICER, INCIDENT ROOM
0530 OPD, 34 & J ONTRACKS
0930 34 55 ONTRACK
0930 34 15 ONTRACK
0630 34 35 ENROUTE
720 BUS R.D. (H) # 930

TUESDAY 09/12/06
DISTRICT 4 - PENN STATION  TOUR: 1900 X 0730
WEATHER: COOL, CLEAR
CDR: GREEN    SGD: 4/01/06
TOUR SUPERVISOR: LT NOTTER, SGT O, IBACH
ASSIGNMENT: 4101A / 0200 MORE
1900 ON DUTY DISTRICT 4, ASSIGNED TO PO
SMITH FOR FIELD TRAINING
1915 AT POST - TICKET WINDOWS
2000 TICKET WINDOWS
2016 - Ticket Window - Lt Notter 12
2047 ESCORTED ONE FEMALE WHITE OUT
OF TRACKS CAR AT THE REQUEST OF TRACK

**MTA Police Department**

## 27008-41

SECURITY T. SCHIANO, FEMALE DEPARTED
WITH INCIDENT FEMALE APPEARED INTOXICATED
200 PLUS UNKNOWN
300 PLUS WEAPONS
400 PLUS UNKNOWN
0025 ASSISTED PO MCPADE WITH DISORDERLY
MALE WHITE F/O STAR BUCKS COFFEE, MALE
WAS ASKED TO LEAVE AND HE WAS ESCORTED
TO THE STAIRS TO AMTRAK LEVEL ON THE
EAST CONCORSE, MALE THEN TURNED AND
BEGAN TO WALK BACK TO STAR BUCKS. PO
MCPADE THEN ATTEMPTED TO PLACE SUBJECT
UNDER ARREST AND SUBJECT RAN TO THE
WEST STAIRWAY TO TRACK 17, PO MCPADE
ATTEMPTED AGAIN TO PLACE SUBJECT UNDER
ARREST AND SUBJECT PHYSICALLY RESISTED
CAUSING HIMSELF AND PO MCPADE TO FALL
DOWN THE STAIRS, SUBJECT WAS ACTING IN
AN IRRATIONAL FASHION AND CONTINUED TO
RESIST BEING HANDCUFFED BY ME AND PO
MCPADE, CAUSING BOTH TO FALL DOWN THE
STAIRS AGAIN ONTO THE PLATFORM SUBJECT
WAS HANDCUFFED AFTER ARRIVAL OF OTHER OFFICERS,
SUBJECT BROUGHT INTO DISTRICT AND NYPD
ESU AND EMS NOTIFIED, CASE # 06-0112
0040 IN DISTRICT FOR PROCESSING/ABORN
0200 PROCESSING CONTINUES

**MTA Police Department**

# 27008-42



0400 PROCEEDING CONTINUES
0600 PROCESSING CONTINUES
0800 PROCESSING CONTINUES, AWAITING CALL
FROM DA
1000 RECEIVED CALL FROM ADA AMY
SCHWARTZ TO DISCUSS CASE, CASE WILL BE
ASSIGNED AND I WILL RECEIVE ANOTHER CALL.
1130 CASE ASSIGNED TO ADA DAVIS
1220 AFFADAVIT PREPARED - EOT
P.O. [signature] #230

WEDNESDAY 09/13/06
DISTRICT 4 - PENN STATION   TOUR: 1900-0720
WEATHER: COOL, OVERCAST
C.O.: ORANGE   SRP: 4/18/06
TOUR SUPERVISOR: SGT OTTAVIA, SGT D'ANGELO, SGT MINARDI
ASSIGNMENT: 4 FOIB
1900 ON DUTY DISTRICT 4, ASSIGNED TO PPO
BERGSTEIN #2566 FOR FIELD TRAINING, ON DUTY
LATE DUE TO 8 HR RULE.
2208- POSTINSPECTION SGT [signature] #52
2222 IN ROUTE 4152 TO OSBORNE HOUSE
2245 BACK IN SERVICE FOR PRISON
WATCH.
0940 BOOKING - DEPARTED
1005 PENN STATION
1080 EOT  P.O. [signature] #230

**MTA Police Department**