Law Offices

# JOSEPH T. MULLEN, JR. & ASSOCIATES

30 Vesey Street, 15th Floor
New York, New York 10007
212.766.1177
212.766.1131 fax
LawyerJTMjr@aol.com

Joseph T. Mullen, Jr
Neil A. Zirlin
Thomas DeSimone
David Friedman

>  USDS SDNY
>  DOCUMENT
>  ELECTRONICALLY FILED
>  DOC #: _____
>  DATE FILED: 6-18-08

**VIA FACSIMILE** (212) 805-6382

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Stephen Bain v. The City of New York et al.*
    07 CIV 8021(VM)

Dear Honorable Sir:

We represent the Plaintiff Stephen Bain in the above referenced matter. Please accept the following as a request for an adjournment of the Case Management Conference scheduled for Friday, June 20, 2008. Prior to submitting this request we conferred with defense counsel and obtained their consent to join in this request.

Counsel respectfully requests that the Conference be adjourned to Friday August 1, 2008, and that correspondingly all of the dates set forth in the Case Management Plan and Scheduling Order be moved back accordingly. There has been no prior request to alter or otherwise change the Case Management Plan and Scheduling Order and pursuant to the Individual Practices of this Court, this request is being made two business days prior to the scheduled date of the Conference.

Respectfully submitted,

Thomas M. DeSimone, Esq.

> Request GRANTED. The Case Management Plan for this action is amended so as to extend the time for status conference to 8-1-08 at 10:45am. Any other related deadline affected by this extension shall be similarly modified.
> SO ORDERED.
> 6-18-08
> DATE    VICTOR MARRERO, U.S.D.J.