```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STEPHEN BAIN,                       :
                                    :    07 Civ. 8021 (VM)
                    Plaintiff,      :
                                    :
    - against -                     :    NOTICE OF CONFERENCE
                                    :
THE CITY OF NEW YORK et al.,        :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that the final pre-trial conference in this matter is scheduled for **Friday, June 5, 2009** at **9:45 a.m.** Requests for adjournment of this conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         19 May 2009

                                         _____
                                         Victor Marrero
                                              U.S.D.J.

```
DS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-09
```